

**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

JALLOH, MIKAILU
A        615
LAREDO DET. CENTER
4702 EAST SAUNDERS
LAREDO, TX 78041

DHS/ICE Office of Chief Counsel - SNA
1015 Jackson-Keller Rd, Suite 100
San Antonio, TX 78213

Name: JALLOH, MIKAILU

A        615

Type of Proceeding: Removal

Date of this notice: 2/6/2018

Type of Appeal: Case Appeal

Filed By: Alien

## NOTICE -- BRIEFING SCHEDULE

o  Enclosed is a copy of the decision of the Immigration Judge.

o  Enclosed is a copy of the transcript of the testimony of record.

o  Appealing party is granted until  2/27/2018       to submit a brief to the Board of Immigration Appeals. The brief must be **RECEIVED** at the Board on or before this date.

o  Opposing party is granted until  2/27/2018       to submit a brief to the Board of Immigration Appeals. The brief must be **RECEIVED** at the Board on or before this date.

**WARNING:** If you indicate on the Notice of Appeal (Form EOIR-26) that you will file a brief or statement, you are expected to file a brief or statement in support of your appeal. If you fail to file a brief or statement within the time set for filing in this briefing schedule, the Board may summarily dismiss your appeal. See 8 C.F.R. § 1003.1(d)(2)(i)(E).

If you are an alien and you received this notice, you are not represented by an attorney or accredited representative. An attorney or accredited representative must file a Notice of Entry of Appearance (Form EOIR-27) to represent you. 8 C.F.R. §§ 1003.3(a)(3) and 1003-38(g). Until a Form EOIR-27 is received, you are responsible for submitting a brief, and any submissions by anyone other than you will be rejected.

**FILING INSTRUCTIONS -- In General.**

**IMPORTANT: The Board of Immigration Appeals has included two copies of this notice. Please attach one copy of this notice to the front of your brief when you mail or deliver it to the Board, and keep one for your records. Thank you for your cooperation.**

A fee is not required for the filing of a brief. Your brief must be RECEIVED at the Clerk's Office at the Board of Immigration Appeals within the prescribed time limits. It is NOT sufficient simply to mail the brief and assume your brief will arrive on time. We strongly urge the use of an overnight courier service to ensure the timely filing of your brief.

EXHIBIT B

Use of an over-night courier service is strongly encouraged to ensure timely filing.

If the alien is represented by counsel at the appeal level, a Notice of Entry of Appearance as Attorney or Representative before the Board of Immigration Appeals (Form EOIR-27) must be filed with the Board.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual at www.justice.gov/eoir.

Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals -- including correspondence, forms, briefs, motions, and other documents. If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS or the Director for HHS/ORR at the address shown above. Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them. Any submission filed with the Board without a certificate of service on the opposing party will be rejected.

## FILING ADDRESS:

Board of Immigration Appeals
Clerk's Office
5107 Leesburg Pike, Suite 2000
Falls Church, VA 22041

Business hours: Monday through Friday, 8:00 a.m. to 4:30 p.m.

Use of an overnight courier service is strongly encouraged to ensure timely filing.

## FILING INSTRUCTIONS -- Extension Request.

Unless you receive a Board Notice granting your extension request, your brief will remain due on the date stated above.

Extensions of briefing time will only be granted for good cause. All extension requests must be in writing. Telephonic or fax requests will not be accepted.

Extension requests must be **RECEIVED** at the Board on or before the expiration of the initial briefing schedule. Requests for extension of briefing time received after expiration of the initial briefing schedule, will not be granted.

The policy of the Board is that no additional extensions will be granted.

LeH
**Userteam:**PCM

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
800 DOLOROSA STREET, SUITE 300
SAN ANTONIO, TX  78207


Virginia Raymond
Raymond, Virginia Marie
1006 East Cesar Chavez Street
Austin, TX  78702

IN THE MATTER OF               FILE A ▮▮▮▮▮-615      DATE: Nov 27, 2017
JALLOH, MIKAILU

__ UNABLE TO FORWARD - NO ADDRESS PROVIDED

☒ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE.  THIS DECISION
   IS FINAL UNLESS AN APPEAL IS FILED WITH THE BOARD OF IMMIGRATION APPEALS
   WITHIN 30 CALENDAR DAYS OF THE DATE OF THE MAILING OF THIS WRITTEN DECISION.
   SEE THE ENCLOSED FORMS AND INSTRUCTIONS FOR PROPERLY PREPARING YOUR APPEAL.
   YOUR NOTICE OF APPEAL, ATTACHED DOCUMENTS, AND FEE OR FEE WAIVER REQUEST
   MUST BE MAILED TO:    BOARD OF IMMIGRATION APPEALS
                         OFFICE OF THE CLERK
                         5107 Leesburg Pike, Suite 2000
                         FALLS CHURCH, VA  22041

__ ATTACHED IS A COPY OF THE DECISION OF THE IMMIGRATION JUDGE AS THE RESULT
   OF YOUR FAILURE TO APPEAR AT YOUR SCHEDULED DEPORTATION OR REMOVAL HEARING.
   THIS DECISION IS FINAL UNLESS A MOTION TO REOPEN IS FILED IN ACCORDANCE
   WITH SECTION 242B(c)(3) OF THE IMMIGRATION AND NATIONALITY ACT, 8 U.S.C.
   SECTION 1252B(c)(3) IN DEPORTATION PROCEEDINGS OR SECTION 240(c)(6),
   8 U.S.C. SECTION 1229a(c)(6) IN REMOVAL PROCEEDINGS.  IF YOU FILE A MOTION
   TO REOPEN, YOUR MOTION MUST BE FILED WITH THIS COURT:

                         IMMIGRATION COURT
                         800 DOLOROSA STREET, SUITE 300
                         SAN ANTONIO, TX  78207

__ OTHER: _____

_____

                                        COURT CLERK
                                        IMMIGRATION COURT              FF

   CC: DHS / ASSISTANT CHIEF COUNSEL
       1015 JACKSON-KELLER, SUITE 100
       SAN ANTONIO, TX,  78213

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
U.S. IMMIGRATION COURT
SAN ANTONIO, TEXAS
LAREDO DETENTION FACILITY
LAREDO, TEXAS

**DETAINED**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | IN REMOVAL PROCEEDINGS |
| | ) | |
| Jalloh, Mikailu, | ) | **NOVEMBER 22, 2017¹** |
| Aka: Mikailou Diallo | ) | |
| Respondent. | ) | A███ 615 |

CHARGE:          212(a)(7)(A)(i)(I) of the Immigration and Nationality Act (Act), as an
                 immigrant who, at the time of application for admission, is not in
                 possession of a valid unexpired immigrant visa, reentry permit, border
                 crossing card, or other valid entry document required by the Act, and a
                 valid unexpired passport, or other suitable travel document, or document
                 of identity and nationality as required under the regulations issued by the
                 Attorney General under section 211(a) of the Act.

APPLICATION:

ON BEHALF OF THE RESPONDENT:          ON BEHALF OF DHS:
Virginia Raymond, Atty.               Adam Rodriguez
Justice for Our Neighbors             Assistant Chief Counsel
2105 Parker Lane                      1015 Jackson– Keller Rd., Ste.100
Austin, Texas 78741                   San Antonio, Texas 78213

## WRITTEN DECISION OF THE IMMIGRATION JUDGE

### I.    INTRODUCTION

The Respondent is a native and citizen of Sierra Leone who applied to be admitted at the
Port of Entry at Laredo, Texas on January 17, 2017. He did not possess or present a valid

---

¹ The evidentiary hearing was held on November 2, 2017.

1

immigrant visa, reentry permit, border crossing card, or other valid entry document to enter the

## II. STATEMENT OF THE FACTS

2





## III.   APPLICABLE LAW

### A.   Applicant for admission



**B.**



**C.**

**D.**



**E.**



## IV.   **FINDINGS**

6



## ORDER

It is the ORDER of the Court that the Respondent's application
s                         is DENIED.

It is the ORDER of the Court that the Respondent's application
pursuant to section          of the Act is DENIED.

It is the ORDER of the Court that the Respondent's application for relief pursuant to Article
                        is DENIED.

It is the ORDER of the Court that the Respondent be denied admission into the United
States and that he be REMOVED to SIERRA LEONE.

David Ayala
Immigration Judge

7

## NOTICE OF APPEAL RIGHTS

You have a right to appeal this decision to the Board of Immigration Appeals. The Form EOIR-26 explains your appeal rights and the deadlines you must meet in order for your appeal to be considered by the Board of Immigration Appeals. If you choose to appeal you must complete and file the Form EOIR-26, Notice of Appeal from a Decision of an Immigration Judge. A copy of the Form EOIR-26 is included with this order. There is a fee for filing the Form EOIR-26. If you cannot afford to pay this fee you may request a waiver of the fee on Form EOIR-26A, a copy of which is included with this order. If you choose to be represented in your appeal, your attorney or representative must file a Notice of Entry of Appearance as Attorney or Representative Before the Board on Form EOIR-27, a copy of which is included with this order. You must send the Notice of Appeal so that it is received by the Board of Immigration Appeals within thirty (30) calendar days after the date the Immigration Judge's written decision was mailed. Simply mailing your Notice of Appeal in thirty (30) days or less is not enough. Your Notice of Appeal must arrive at the Board in thirty (30) days or less. If your Notice of Appeal arrives late, your appeal will be dismissed.

Departure from the United States of a person who is the subject of deportation proceedings, prior to the taking of an appeal from a decision in his or her case, shall constitute a waiver of his or her right to appeal. 8 C.F.R. § 1003.3(e).

Departure from the United States of a person who is the subject of deportation or removal proceedings, except for arriving aliens subsequent to the taking of an appeal, but prior to a decision thereon, shall constitute a withdrawal of the appeal, and the initial decision in the case shall be final on the same extent as though no appeal had been taken. 8 C.F.R. § 1003.4.

8