# Exhibit 1
# Aracely R.

Declaration of Celinda Aracely R█████████

A. No. 212 904 201

My name is Celinda Aracely R█████████ I am an adult of sound mind, and I swear under penalty of perjury under the laws of the United States that the following is true and correct.

1. I was born in Guatemala on December 4, 1986. I suffered from both domestic violence and sexual abuse there, and as a young woman I was also seriously threatened by the gangs that have taken over the country.

2. By 2016 it was clear that I had to flee Guatemala with my little girl, Almari, who was eight years old. We reached northern Mexico late that year. As we neared the city of Reynosa we were in a terrible accident when the van we were riding in overturned. My daughter was killed. I suffered a broken pelvis and femur, a broken arm, injuries to my legs, and a severe gash around my neck from the broken windshield.

3. I received good medical care in a Reynosa hospital and then was in a refugee shelter for a while. My mother came there and helped to care for me.

4. On December 18, 2016 I was on a walker and was able to slowly walk across the international bridge to the United States Port of Entry at Hidalgo, Texas. I presented myself to the United States officers there, and told them I was in danger and needed to ask for asylum. They sent me into a large room with many chairs where other officers were processing other people from different countries. After a while they told me they were busy at the time and that I had to leave. I went back across the bridge to Reynosa, and was kidnapped before I could get back to the shelter. After a while my family was able to pay the ransom and I ended up back in the shelter.

1

5. I was finally able to cross again and ask for asylum again, with the help of a group of lawyers and human rights people. This time the Border Patrol officers processed me and I was sent to the Port Isabel Detention Center in Los Fresnos, Texas.

6. I passed my credible fear interview. My relatives signed various letters of sponsorship for me and are very willing to help me in any way that I need. I would be living with my aunt in San Francisco. She is a U.S. citizen, and wrote a letter of sponsorship for me, agreeing to support me in all ways, and to make sure I could get to all of my hearing and appointments. Another aunt in Stockton, California wrote a similar letter of sponsorship. I really appreciate their love and kindness and look forward to living with them. I presented these sponsorship letters, together with all the required supporting documents with my parole request. I also presented my Guatemala national identification card. ICE officers took my original card when I presented at the Port of Entry, and ICE still has possession of that card, so I submitted a copy. I have never committed a crime. I asked for parole and sent the paperwork in but I was denied without even being interviewed. I asked for reconsideration but was still denied. I have never been told what else they want. I do not understand this. People who crossed illegally are allowed bond. I have not broken any laws, yet I have now been in prison like detention conditions for almost a year.

7. It is very difficult for me to be here in so many ways. The most obvious, of course, is that I need to be with my family. They would be taking such good care of me, helping me with my injuries, and giving me the love and support I need to slowly heal from such terrible experiences. I could receive healthy foods, I could have clean sheets and clothing every day, have help changing the dressing on my wounds as often as needed. I could sit in the sunlight, maybe listen to music of my choice, and more than anything be with people who

care about me instead of see me as some kind of bad person. I do not understand why this is not allowed. I am not a criminal. I am running from the criminals.

8. When I was first brought to Port Isabel I was on a walker. They sent me to the infirmary because they thought someone might try to use my walker, and later my cane, as a weapon. There were only a few of us there, and of course the others were sick, and left as soon as they recovered. We Guatemalans are used to always being together, so I was terribly lonely. It was also hard to practice walking like I was supposed to do because of the small space inside. I could go to a small patio for an hour a day, but I was supposed to walk as much as I could tolerate. There was no access to commissary foods, so I was limited to the terrible and unhealthy foods they gave us there. I became much more depressed and finally said I did not need the cane anymore and so I got myself transferred to the women's dormitory. I can get chocolate and ramen noodles now for example, but my family cannot send me any fresh foods or vegetables. It is not allowed. So mostly I get the cold white bread sandwiches and processed meats, pasta and other similar foods. This is very unhealthy for everyone. After many months I was allowed my cane in the dormitory since I am not healing well.

9. I have been shocked by the bathroom situation in the dormitories. We have a number of toilet bowls all in a row, but with no wall or screen between them, so we must urinate and defecate in front of other people. In front of the toilets there is only a chest-high screen. Now there are often as many as 75 women in the dorm, so it is really bad. I can wash my sheets once a week, my scrubs twice a week. The sheets and scrubs were used before me, and had stains and tears. At least I can wash my underwear every day. We have only two sets of clothing. We are not permitted our own clothing. All of this is humiliating.

10. We also are allowed very limited communications. No cell phones or internet or emails are allowed. We can only use the phones if we buy telephone cards, and these are very

expensive. The recorded message telling people that this is a call from a United States detention facility, and giving instructions about which numbers to press, frightens and confuses many people. Also, all calls are monitored so we cannot really talk comfortably with our friends and relatives even when we have the money for the cards. My lawyer can call and leave a message for me, but must wait for me to call back. Given all these limitations it was very hard at first to reach my relatives and get the sponsorship paperwork going properly. Also I cannot really help my lawyer much in gathering information for my case. It is not easy to speak with her in those small visiting rooms, and the guards always want us to leave the doors cracked open while we talk.

11. In the dormitories we are pretty much in jail. There are up to 75 of us at a time, so it is very full. We cannot leave the dormitory without permission unless it a scheduled visit, for example, to the library. We then go straight to our destination. The guards give us a pat down when we return to the dorm. We cannot stop to chat or make friends with people because the guards will always order us to move along, to go straight to our destination. A guard must also accompany us, and we are supposed to walk with our hands behind our backs. The guards clearly do not trust us. We are not allowed to make any conversations with them or ask if they have kids, or if they enjoy certain movies or anything like that. We are also not allowed to shake hands, hug or sit on the bed with another woman detainee to comfort her when she is upset about something. Recently a woman learned that her son had been murdered and was crying desperately. We wanted to comfort her but could not even put an arm around her.

12. There are some small windows in our dorms but the thick glass does not allow us to see outside. All lights are out at 10pm, and we are all up at 5 am for breakfast. We go outside to a small patio twice a day for exercise but that's it. Otherwise we just sit on our beds and

watch tv in the dorm or talk to each other. We have no control over the channel or language of the programs. Of course many people become terrified or start crying because they are afraid they will be deported, or because of the trauma they suffered or the dangers their families still face back home. The crying is contagious, and makes all of us even sadder. Even if we have relatives in this country, they cannot visit unless those relatives have legal status and live nearby.

13. Friends trying to visit us are usually put in a room with a plate glass window separating us. Special arrangements must be made for family contact visits. The days are very empty and sometimes this is hard to bear after so many months. My father flew in from Denver Colorado to Texas to try to visit me over the Christmas holidays. We had arranged for a contact visit. When he arrived at the gate he was not allowed in because his friend did not have his car insurance with him. My father returned the next day, but we were not allowed the contact visit. We had to speak through the glass windows.

14. I am very religious and rely on my Christian faith a lot. At the Reynosa shelter I went to prayer services every day. Here I can go on Saturday morning at Tuesday afternoon. We cannot linger to speak with any of the religious leaders who come to lead the service. We must go straight back to our dormitories. We try to do a small prayer service amongst ourselves in the evenings, but we must speak in a very low voice and we are not allowed to join hands. In the exercise patio we also try to sing and discuss our faith, but once a week we are accompanied by a woman guard who says we cannot bring our bibles with us. We just do the best we can.

15. My physical health is deteriorating here. This is in part of course, because of the poor diet and hygienic conditions, and our cramped quarters. I have developed an abscess on my hip where the doctors in Mexico surgically placed screws to strengthen my pelvis. I had an

5

abscess in Mexico too, but my mother drained and cleaned it many times a day and kept clean cloths to dress it properly. It healed in about 3 weeks. Here when I first showed my current abscess to the doctor he told me to get antibiotics right away. I went to the pharmacy but they were apparently out of the meds so I was given nothing. It was over a weekend and I showed it to my lawyer on the third day. By then it was the size of an egg, and red and hot to the touch. She made an urgent call for me and I got the anti- biotics then, and the doctor drained it. The swelling went down but it has not properly healed still. It was oozing a lot of liquids, and the doctor said it should be drained and cleaned twice every day. I called every day to the clinic for this but they only cleaned it once a day. After a while they gave me an extra bandage to take to the dorm, but this was not enough. If the bandage was getting dirty I put a kotex on the wound. My sheets got dirty from contact with the wound but I cannot wash them more than once a week. My uniform irritated the sore.

16. Just before Christmas 2017 I was taken to the doctor in Harlingen, Texas. He cleaned the wound and ordered a new medical gel to be used on it. It was oozing less so he ordered it cleaned and dressed once every day. When I got back to the Detention center the doctor was away. No one cleaned it next day or the day after that. I have no medicines so I cleaned it as best I could and used clean kotex to bandage it. On the third day the doctor was back and cleaned it and used the new gel, but by then the hole in the wound was larger, and the area was swollen and infected. He decided to clean it each day, using the new gel. He then sent me back to the Harlingen doctor, who says I may need surgery now. They will look at x-rays and consult with a bone specialist.

17. If I could be with my family I know they could take far better care of me, with nourishing food, a clean bed, careful nursing, and fresh air.

18. I also get terrible headaches here. They have given me an MRI because they said my levels of prolactin were too high and they were worried about a tumor. My doctor said that elevated levels of prolactin are sometimes caused by depression. Anyway, I am glad to say I do not have a tumor. My headaches continue though, and I guess it is from stress and depression.

19. I consider myself to be a strong woman, and I do have very strong religious faith. Mostly this keeps me going, and I read the Bible a lot. All the same, I must admit that my depression is very bad now. It has been almost a year that I have been in jail. Now it is Christmas and this makes it hard to be locked up. I start thinking about everything and sometimes just go to my bed and do some drawing. Two or three times a week I remember the accident and think of my little girl, and then everything comes back to me in very strong and awful memories. I try to just sit quietly and read my Bible then. When other people start crying or getting upset, I get upset also. Like I say, sadness and weeping are contagious. It is really hard for me to concentrate on things now, and I notice that when people are talking to me or around me I am not really present, just far away in my mind. I am always biting my nails now and want to eat all the time, even the bad food. As a Guatemalan woman, it is terrible to be without close friends and family nearby to talk to and to encourage me. I need to be with people who know me and my culture, who cared about my little girl, and who can comfort me and help heal my heart.

20. My two Aunt have agreed to fully sponsor me. They will take care of me in every way. I will of course present myself regularly to the Immigration Court or to any immigration office as may be required. I have a lawyer who is committed to my case, and it is important to me to obtain legal status and be allowed to begin my life over again. That is why I walked across the bridge to the United States in a legal manner.

I declare under penalty of perjury that the foregoing is true and correct. Executed on
1/11/2018
Date

α ‎_____

Celinda Aracely R▮▮▮▮▮▮

Declaración de Celinda Aracely R█████
A. No. 212 904 201

Mi nombre es Celinda Aracely R███████████ Soy un adulto sensato y juro bajo pena de perjurio bajo las leyes de los Estados Unidos que lo siguiente es verdadero y correcto.

1. Nací en Guatemala el 4 de diciembre de 1986. Sufrí violencia doméstica y abuso sexual allí, y cuando era joven también fui seriamente amenazada por las pandillas que se habían apoderado del país.

2. Para 2016, estaba claro que tuve que huir de Guatemala con mi pequeña niña, Almari, que tenía ocho años. Llegamos al norte de México a finales de ese año. Cuando nos acercábamos a la ciudad de Reynosa, sufrimos un terrible accidente cuando volcó la camioneta en la que íbamos. Mi hija fue asesinada. Sufrí una fractura de pelvis y fémur, un brazo roto, lesiones en las piernas y una herida grave alrededor del cuello por el parabrisas roto.

3. Recibí buena atención médica en un hospital de Reynosa y luego estuve en un refugio para refugiados por un tiempo. Mi madre vino y me ayudó a cuidarme.

4. El 18 de diciembre de 2016, estaba en un andador y pude caminar lentamente por el puente internacional hacia el Puerto de Entrada de los Estados Unidos en Hidalgo, Texas. Me presenté a los oficiales de Estados Unidos allí y les dije que estaba en peligro y que necesitaba pedir asilo. Me enviaron a una gran sala con muchas sillas donde otros oficiales estaban procesando a otras personas de diferentes países. Después de un tiempo me dijeron que estaban ocupados en ese momento y que tenía que irme. Regresé al puente hacia Reynosa y fui secuestrada antes de poder regresar al refugio. Después de un tiempo, mi familia pudo pagar el rescate y terminé en el refugio.

5. Finalmente pude cruzar nuevamente y pedir asilo de nuevo, con la ayuda de un grupo de abogados y personas de derechos humanos. Esta vez los agentes de la Patrulla Fronteriza me procesaron y me enviaron al Centro de Detención Port Isabel en Los Fresnos, Texas.

6. Pasé mi entrevista de miedo creíble. Mis familiares firmaron varias cartas de patrocinio para mí y están dispuestos a ayudarme de la manera que yo necesite. Viviría con mi tía en San Francisco. Ella es ciudadana de los EE. UU. Y me escribió una carta de patrocinio, aceptando apoyarme en todos los aspectos y asegurarse de poder asistir a todas mis audiencias y citas. Otra tía en Stockton, California, escribió una carta similar de patrocinio. Realmente aprecio su amor y amabilidad y espero vivir con ellos. Presenté estas cartas de patrocinio, junto con todos los documentos de respaldo necesarios con mi solicitud de libertad condicional. También presenté mi tarjeta de identificación nacional de Guatemala. Los oficiales de ICE tomaron mi tarjeta original cuando presenté en el Puerto de Entrada, e ICE todavía tiene posesión de esa tarjeta, entonces envié una copia. Nunca he cometido un crimen. Pedí libertad condicional y envié la documentación, pero me negaron sin siquiera ser entrevistado. Pedí una reconsideración, pero todavía me fue negada. Nunca me han dicho qué más quieren. No entiendo esto. Las personas

hablar con ella en esas pequeñas salas de visitas, y los guardias siempre quieren que dejamos las puertas abiertas mientras hablamos.

11. En los dormitorios estamos prácticamente en la cárcel. Hay hasta 75 de nosotros a la vez, así que está muy lleno. No podemos dejar el dormitorio sin permiso a menos que sea una visita programada, por ejemplo, a la biblioteca. Luego nos dirigimos directamente a nuestro destino. Los guardias nos dan una palmadita cuando volvemos al dormitorio. No podemos parar para chatear o hacer amigos con personas porque los guardias siempre nos ordenan que avancemos, para ir directamente a nuestro destino. Un guardia también debe acompañarnos, y se supone que debemos caminar con las manos a la espalda. Los guardias claramente no confían en nosotros. No podemos mantener ninguna conversación con ellos ni preguntarles si tienen hijos o si disfrutan de ciertas películas o algo así. Tampoco podemos darnos la mano, abrazarnos o sentarnos en la cama con otra mujer detenida para consolarla cuando está molesta por algo. Recientemente, una mujer supo que su hijo había sido asesinado y lloraba desesperadamente. Queríamos consolarla, pero ni siquiera podíamos rodearla con un brazo.

12. Hay algunas ventanas pequeñas en nuestros dormitorios, pero el vidrio grueso no nos permite ver afuera. Todas las luces se apagan a las 10 p.m., y todos estamos despiertos a las 5 a.m. para el desayuno. Salimos a un pequeño patio dos veces al día para hacer ejercicio, pero eso es todo. De lo contrario, simplemente nos sentamos en nuestras camas y vemos televisión en el dormitorio o hablamos entre nosotros. No tenemos control sobre el canal o el idioma de los programas. Por supuesto, muchas personas se aterrorizan o comienzan a llorar porque temen ser deportados, o por el trauma que sufrieron o por los peligros que sus familias aún enfrentan en sus casas. El llanto es contagioso y nos entristece a todos. Incluso si tenemos parientes en este país, no pueden visitarlos a menos que esos parientes tengan un estatus legal y vivan cerca.

13. Los amigos que intentan visitarnos usualmente se ponen en una habitación con una ventana de vidrio que nos separa. Se deben hacer arreglos especiales para las visitas de contacto familiar. Los días están muy vacíos y a veces esto es difícil de soportar después de tantos meses. Mi padre voló desde Denver Colorado a Texas para tratar de visitarme durante las vacaciones de Navidad. Hicimos arreglos para una visita de contacto. Cuando llegó a la puerta no le permitieron entrar porque su amigo no tenía su seguro de automóvil con él. Mi padre regresó al día siguiente, pero no nos permitieron la visita de contacto. Tuvimos que hablar a través de las ventanas de vidrio.

14. Soy muy religioso y confío mucho en mi fe cristiana. En el refugio de Reynosa fui a servicios de oración todos los días. Aquí puedo ir el sábado por la mañana en la tarde del martes. No podemos demorarnos para hablar con ninguno de los líderes religiosos que vienen a dirigir el servicio. Debemos ir directamente a nuestros dormitorios. Intentamos hacer un pequeño servicio de oración entre nosotros por las noches, pero debemos hablar en voz muy baja y no se nos permite unir nuestras manos. En el patio de ejercicios también tratamos de cantar y discutir nuestra fe, pero una vez a la semana estamos acompañados por una mujer que dice que no podemos traer nuestras biblias con nosotros. Hacemos lo mejor que podemos.

15. Mi salud física se está deteriorando aquí. Esto es, en parte, por supuesto, debido a la mala dieta y las condiciones higiénicas, y nuestros cuartos apretados. He desarrollado un absceso en la cadera donde los médicos en México colocaron tornillos quirúrgicamente para fortalecer mi

20. Mis dos tías han aceptado patrocinarme por completo. Me cuidarán en todos los sentidos. Por supuesto, me presentaré regularmente al Tribunal de Inmigración o a cualquier oficina de inmigración según sea necesario. Tengo un abogado que está comprometido con mi caso, y es importante para mí obtener un estatus legal y poder comenzar mi vida nuevamente. Es por eso que crucé el puente hacia los Estados Unidos de manera legal.

Yo juro bajo la ley de perjuria de los Estados Unidos que ese Declaración es la verdad y corecto.

Ejecutado en  1/1/2018 .

_____
Celinda Aracely R█████