# Exhibit 1a

# Aracely R.

Supplemental Declaration of Celinda Aracely R█████████, A. 212-904 201

January 11, 2018

My name is Celinda Aracely R█████████. I am an adult of sound mind, and I swear under penalty of perjury under the laws of the United States, that the following is true and correct.

1. The wound on my left hip, where I had my surgery, has not healed. It remains open and swollen.

2. Yesterday, January 10, 2018 my left thigh began to hurt and I suffered fever and chills.

3. Today, January 11, 2018 I woke up with terrible pain throughout my left leg, from knee to hip. The pain was so bad that I could not walk or put any weight on it.

4. I am now in a wheelchair. I am still detained at Port Isabel Detention Center.


Declaración Suplementaria de Celinda Aracely R█████████, A. 212-904 201

11 de enero de 2018

Mi nombre es Celinda Aracely R█████████. Soy un adulto sensato y juro bajo pena de perjurio bajo las leyes de los Estados Unidos, que lo siguiente es verdadero y correcto.

1. La herida en mi cadera izquierda, donde me operaron, no se curó. Permanece abierto e hinchado.

2. Ayer, 10 de enero de 2018, mi muslo izquierdo comenzó a doler y sufrí fiebre y escalofríos.

3. Hoy, 11 de enero de 2018, me desperté con un dolor terrible en toda la pierna izquierda, desde la rodilla hasta la cadera. El dolor fue tan fuerte que no pude caminar ni ponerle peso.

4. Ahora estoy en una silla de ruedas. Todavía estoy detenido en el centro de detención de Port Isabel.

Yo juro bajo pena de la ley de perjuria de la ley de los Estados Unidos que la declaracion arriba es la verdad.

_____  
Celinda Araceli R███████

1/11/2018  
Fecha

# AFFIDAVIT OF TRANSLATION

STATE OF TEXAS            §
                          §
COUNTY OF HIDALGO         §

I, CYNTHIA FARIAS, being dully sworn and deposed, hereby swear and attest to the following:

- That I am fluent in both English and Spanish;
- That I have translated the following attached document, DECLARATION OF CELINDA ARACELY R███████, from Spanish to English;
- That the translation is true and accurate to the best of my knowledge; and

This document was acknowledged before me on this the 11th day of January, 2018.

_____
Cynthia Farias – Affiant

Notary Public in and for the State of Texas

My Commission Expires: 2-1-21