# Exhibit 2

# Hatim B.

Declaration of Hatim B███

A. 212 904 319

My name is Hatim B███. I am 28 years of age and of sound mind. I swear under penalty of perjury of the laws of the United States that the following is true and correct.

1. I was born on March 28, 1989 in Guinea, where I grew up and lived until 2016.

2. I am of Peuhl descent. We are an ethnic group that has been suffering from severe ethnic-based violence for years now. I was attacked and severely battered there because of my Peuhl origin, and had to flee the country to avoid further persecution.

3. I arrived in Reynosa, Mexico in early 2017. The journey had been very difficult and I had suffered an attack and robbery along the way. I heard about many kidnappings of immigrants in Reynosa, and knew I could not stay for long. All the same, I was happy to be alive and to be close to the United States border at last. I had heard many good things about this country.

4. Out of respect to the United States and its people, I did not want to sneak into country by swimming across the Rio Grande. Instead, on Feb. 28, 2017, I walked across the international bridge to the Hidalgo, Texas Port of Entry and legally presented myself to the U.S. Customs and Border Patrol officials there and told them I was in danger and wished to apply for asylum. They processed me and sent me to the Port Isabel Detention Center in Los Fresnos, Texas.

5. I was found to have credible fear on March 22, 2017 and promptly requested release on parole. I was denied without any kind of interview. I then filed for reconsideration. In that packet I included a copy of my birth certificate, a notarized affidavit confirming my

1

identity from a cousin in Canada and also one from my childhood friend in Guinea. I also presented a Ghana court document indicating that I have never been charged with any crime in Guinea. La Posada, a shelter for immigrants like me, who are being processed by ICE, offered to sponsor me. This place is run by Catholic nuns and has operated for more than 20 years. I was happy with this invitation as they promised to get me to all of my hearings and appointments and provide food, medical care and English classes as well. I understand that ICE often asks the nuns at La Posada to take people they wish to release pending final immigration decisions on their status. It is located not far away, in San Benito, Texas. This would make it easy to work with my lawyer also. Her office is in Mercedes, Texas. So the immigration court and also my lawyer would have been nearby. This was very important to me because I need to fight for my legal status here. I want to start over, not hiding out and living in fear all the time. That is what I was running away from.

6. I was once again denied parole, although it is very unclear as to why. I have now been detained for almost a year in very prison-like conditions, which I never imagined. I have never in my life committed a crime and the conditions shock and humiliate me. Mentally and physically I am deteriorating.

7. I thought that detention facilities here would be similar to what I experienced in Costa Rica. There was a refugee camp there where I stayed before coming here. We had to be inside by 8 pm, but otherwise we could be outside as much as we wanted, and we were free to walk all around the camp. The guards were very kind and friendly and often played soccer with us. We were free to talk to all of the other people there, and we could shake hands or even give a hug to an upset friend. This did not cause any problems and I never

saw a fight or an assault by anyone. We could wear our own clothes and wash them as often as we wished. The food was healthy and fresh and delicious with plenty of fruits and vegetables. The toilets and showers were completely private. If we wanted to do errands we just got a pass and were free to go do our errands. The café across the street had free internet service, so we often went there, for example. If any one had a mental or physical health care problem they would be taken to a doctor right away.

8. It is so totally different here in the United States. To begin with, it is clear that we are considered criminals and probably dangerous. For example, I was taken to see a doctor in Brownsville, who was able to verify that my ribs had been fractured earlier, and that I had a scar on my buttock from a stab-like wound. This was arranged by my lawyers. ICE officers brought me to the doctor's office in the blue prison uniform we wear here, with two large male guards. There was a chain around my waist and my hands were tightly shackled to that chain. At first it looked like they would go into the examination room too but my lawyer did not allow this. Everyone in the office looked startled. I was completely humiliated by this. Again, I have never committed a crime.

9. We have no access to the internet to use emails, and we cannot have cell phones. We can only use the regular phones if we have money to buy a phone card, which is expensive. We are completely dependent on friends to assist us with donations. Even then, when I try to call home, the call is monitored by the guards. The first thing people hear is that this is a call from a person detained in a U.S. government facility and that the call is monitored. This frightens people so much that many hung up. Others speak with me but very guardedly. Without the internet I am unable to track down friends, family or witnesses, or help my lawyer find evidence that would be important for my case. My lawyers cannot

3

call me directly either, they can only leave a message and ask me to call them. Those calls are monitored. We are in an isolated area, so travelling here is not so easy for them either. All this is very isolating and also frightening. I can do nothing for myself here.

10. The guards do not have any friendly or kindly conversations with us, for the most part. We are not supposed to ask them anything personal, like if they have children or what sports they like. We can just say if we need something, and they just give us orders. We are supposed to put our hands behind our back when speaking with them. We are not supposed to have physical contact with anyone else, not even a pat on the arm or a hug to comfort someone upset or crying. We are required to stay in our dormitories. People are constantly leaving and arriving, but the room holds 75 of us in there, so it is crowded. We may go outside for an hour twice each day, but only to a small exercise area. The larger field for soccer or similar games is available only once per week. We can go to the library during scheduled times, but otherwise we must do the paperwork and be given a pass. Then we can go, but we cannot stop along the way or chat with anyone. The guards will always tell us to move along, to get going. Whenever we return to the dorm we are given a pat down by the guard. In the library there are no books in French, the official language of Guinea. We cannot get books or magazines from the outside unless these are sent to us by the publishers or through Amazon. Mail from family and friends is read by the guards. There is a television, but it is shared by all of us. An outside officer controls the channels and we have nothing to say about the choices. For the most part we just sit on our bunks in the dorm all day long. This becomes almost unbearable after such a long time.

11. The food here is causing me serious health problems. When I was very young I suffered from constipation problems. The doctors told me to eat fresh foods and avoid starchy

4

processed foods like bread, chips, cookies, pasta and such things. I complied, and the problem was solved. Now here in the detention center I have been on laxatives for ten months. This is painful and debilitating of course. The diet is harmful for me. Breakfast is an egg or beans or cereal like cornflakes, with a small piece of fruit and some milk. We have to buy our own coffee from Commissary. For lunch we get two cold white bread sandwiches with processed cheese or meat, for example. Maybe a very small piece of fruit. Dinner may be some kind of meat like hamburger or something processed, and some boiled vegetables. These are served with cookies and chips. Drinks are artificially flavored liquids. If we can get any donations for commissary then we can get ramen noodles or more cookies or chocolate, but not the fresh fruits and vegetables I need. No one is allowed to send us food from outside either. The doctor in our clinic has ordered me to eat more roughage and drink more liquids and I have been getting meals marked "special diet." This is strange, since the food is exactly the same as everyone else's and exactly the same as it has been all along. Only the color of the plate is different. I was never sick there or in the Costa Rica camp . Now I am back to severe constipation and painful laxatives at Port Isabel. This, with the lack of adequate exercise and fresh air is weakening me.

12. The hygiene is also very bad. Our toilet bowls are all together with nothing in between, and only a chest-high panel between the toilets and the beds. We are forced to defecate in front of the others. I try to wait until late at night, but this is hard now that the dorms are so full. Our sheets are changed once a week, our uniforms are laundered twice a week. We have two sets of clothes. Fortunately, in the dorm I am in now there is a small machine so we can wash our underwear as needed. The sheets and uniforms we received were used and worn.

13. Twice now we have been quarantined, when an arriving detainee turned out to have chickenpox. If we left the dorms at all we had to wear a bag over our faces. This lasted for about 40 days. For more than 20 days I could not leave the dorm at all except for a lawyer visit or medical appointment. This caused my original asylum hearing to be delayed since I could not enter the courtroom. We are so crowded here, I worry that one of these days someone will give me something that would be very bad for an adult.

14. A friend of mine developed an infected sore on the back of his neck It became so bad they had to take him to Harlingen twice to get special medical treatment.

15. As Muslims we have special prayers lead by an Imam on Friday. They allow us this but order us to go straight back to our dorms as soon as we finish. We are not allowed to just talk with each other for a moment or two afterwards.

16. During my time here at the Port Isabel Detention Center, I have only seen one African person released on bond or parole. Last fall, the facility became very crowded and they released some Hispanics, but no Africans. We did a hunger strike for three days and someone officials came to talk with us, but nothing has changed.

17. I was of course traumatized by what happened to me in Guinea. I had sleeping problems and nightmares after that as I travelled to northern Mexico. During this last year, however, my nightmares and sleeping problems have become much worse. Some nights are truly awful. I also have a worsening problem with severe headaches from all of the stress here. I used to be very friendly and enjoy talking with others, but I have changed. Sometimes it seems like I am very far away from the people around me. Some days I do not want to do anything at all and I just sit all day on my bunk bed. I am finding it hard to focus. I just try to go on, one day at a time. It is hard to describe how hard this long detention is for me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/1/2018

σ _____/_____

Hatim B███

Déclaration de Hatim B███

A. 212 904 319

Je m'appelle Hatim B███. J'ai 28 ans et je suis sain d'esprit. Je jure sous peine de parjure des lois des États-Unis que ce qui suit est vrai et correct.

1. Je suis né le 28 mars 1989 en Guinée, où j'ai grandi et vécu jusqu'en 2016.

2. Je suis d'origine Peuhl. Nous sommes un groupe ethnique qui souffre de graves violences ethniques depuis des années. J'ai été attaqué et sévèrement battu à cause de mon origine peuhl et j'ai dû fuir le pays pour éviter d'autres persécutions.

3. Je suis arrivé à Reynosa, au Mexique, au début de 2017. Le voyage avait été très difficile et j'avais subi une attaque et un vol en cours de route. J'ai entendu parler de nombreux enlèvements d'immigrants à Reynosa, et je savais que je ne pouvais pas rester longtemps. Tout de même, j'étais heureux d'être en vie et d'être enfin à la frontière des États-Unis. J'avais entendu beaucoup de bonnes choses de ce pays.

4. Par respect pour les États-Unis et leur peuple, je ne voulais pas me faufiler dans le pays en nageant à travers le Rio Grande. Au lieu de cela, le 28 février 2017, j'ai traversé le pont international pour me rendre au port d'entrée de Hidalgo au Texas et je me suis présenté aux autorités douanières et frontalières des États-Unis pour leur dire que j'étais en danger. Ils m'ont contrôlé et m'ont envoyé au centre de détention de Port Isabel à Los Fresnos, au Texas.

5. Le 22 mars 2017, on a conclu que j'avais une peur crédible et j'ai rapidement demandé une libération conditionnelle. On m'a refusé sans aucune sorte de revue. J'ai ensuite déposé une demande de réexamen. Dans ce dossier, j'ai inclus une copie de mon acte de naissance, un affidavit notarié confirmant mon identité d'un cousin au Canada et un autre de mon ami d'enfance en Guinée. J'ai également présenté un document du tribunal du Ghana indiquant que je n'ai jamais été accusé d'un crime en Guinée. La Posada, un refuge pour immigrants comme moi, qui sont en train d'être contrôlé par ICE, a offert de me parrainer. Cet endroit est géré par des religieuses catholiques et a fonctionné pendant plus de 20 ans. J'étais heureux avec cette invitation car ils ont promis de me conduire à toutes mes auditions et rendez-vous et de fournir de la nourriture, des soins médicaux et des cours d'anglais. Je comprends que ICE demande souvent aux religieuses de La Posada de prendre les personnes qu'elles aiment libérer en attendant les décisions finales d'immigration sur leur statut. Il est situé non loin de là, à San Benito, au Texas. Cela faciliterait le travail avec mon avocat aussi. Son bureau est à Mercedes, au Texas. Donc, le tribunal de l'immigration et aussi mon avocat auraient été à proximité. C'était très important pour moi parce que je dois me battre pour mon statut légal ici. Je veux recommencer, sans me cacher et vivre dans la peur tout le temps. C'est ce que je fuyais.

6. Une fois de plus, on m'a refusé la libération conditionnelle, bien qu'on ne sache pas très bien pourquoi. J'ai été détenu maintenant pendant près d'un an dans des conditions très proches de la prison, ce que je n'avais jamais imaginé. Je n'ai jamais commis de crime dans ma vie et les conditions me choquent et m'humilient. Mentalement et physiquement je me détériore.

7. Je pensais que les centres de détention ici seraient similaires à ce que j'ai vécu au Costa Rica. Il y avait un camp de réfugiés où je suis resté avant de venir ici. Nous devions être à l'intérieur à 20 heures, mais sinon nous pourrions être dehors autant que nous voulions, et nous étions libres de marcher partout dans le du camp. Les gardes étaient très gentils et amicaux et jouaient souvent au football avec nous. Nous étions libres de parler à toutes les autres personnes là-bas, et nous pourrions serrer la main ou même prendre un ami contrarié dans les bras. Cela n'a causé aucun problème et je n'ai jamais vu de bagarre ou d'agression de la part de personne. Nous pourrions porter nos propres vêtements et les laver aussi souvent que nous le souhaitions. La nourriture était saine et fraîche et délicieuse avec beaucoup de fruits et légumes. Les toilettes et les douches étaient complètement privées. Si nous voulions faire des courses nous avons juste obtenus un laissez-passer et étions libres d'aller faire nos courses. Le café de l'autre côté de la rue avait un service internet gratuit, donc nous y allions souvent, par exemple. Si quelqu'un

avait un problème de santé mentale ou physique, il serait immédiatement emmenés voir un médecin.

8. C'est tellement différent ici aux États-Unis. Pour commencer, il est clair que nous sommes considérés comme des criminels et probablement dangereux. Par exemple, on m'a emmené voir un médecin à Brownsville, qui a pu vérifier que mes côtes avaient été fracturées plus tôt et que j'avais une cicatrice sur la fesse à cause d'une blessure semblable à un coup de couteau. Cela a été arrangé par mes avocats. Les agents de l'ICE m'ont amené au bureau du médecin dans l'uniforme bleu de la prison que nous portons ici, avec deux grands gardes masculins. Il y avait une chaîne autour de ma taille et mes mains étaient étroitement liées à cette chaîne. Au début, il semblait qu'ils iraient dans la salle d'examen, mais mon avocat ne l'a pas autorisé. Tout le monde dans le bureau avait l'air surpris. J'étais complètement humilié par ceci. Encore une fois, je n'ai jamais commis de crime.

9. Nous n'avons pas accès à Internet pour utiliser l'email, et nous ne pouvons pas avoir de téléphone portable. Nous ne pouvons utiliser les téléphones ordinaires que si nous avons de l'argent pour acheter une carte téléphonique, ce qui coûte cher. Nous dépendons entièrement d'amis pour nous aider avec des dons. Même alors, quand j'essaie d'appeler à la maison, l'appel est surveillé par les gardes. La première chose que les gens entendent est que c'est un appel d'une personne détenue dans un établissement gouvernemental américain et que l'appel est

surveillé. Cela effraie tellement les gens que beaucoup ont raccrochés. D'autres parlent avec moi mais très prudemment. Sans Internet, je suis incapable de retrouver mes amis, ma famille ou mes témoins, ou d'aider mon avocat à trouver des preuves qui seraient importantes pour mon cas. Mes avocats ne peuvent pas m'appeler directement non plus, ils ne peuvent que laisser un message et demander que je les rappelle. Ces appels sont surveillés. Nous sommes dans une région isolée, donc voyager ici n'est pas si facile pour eux non plus. Tout cela est très isolant et aussi effrayant. Je ne peux rien faire pour moi-même ici.

10. Les gardes n'ont pas de conversations amicales ou gentilles avec nous, pour la plupart. Nous ne sommes pas censés leur demander quelque chose de personnel, comme s'ils ont des enfants ou quels sports ils aiment. Nous pouvons simplement dire si nous avons besoin de quelque chose, et ils nous donnent simplement des ordres. Nous sommes censés mettre nos mains derrière le dos quand nous parlons avec eux. Nous ne sommes pas censés avoir aucun contact physique avec quelqu'un d'autre, pas même une tape sur le bras ou un câlin pour réconforter quelqu'un qui est contrarié ou qui pleure. Nous sommes tenus de rester dans nos dortoirs. Les gens sont constamment en train de partir et d'arriver, mais la salle peut contenir 75 personnes, donc il y a beaucoup de monde. Nous pouvons aller dehors pour une heure deux fois par jour, mais seulement dans une petite zone d'exercice. Le plus grand terrain pour le football ou des jeux similaires est

disponible seulement une fois par semaine. Nous pouvons aller à la bibliothèque pendant les heures prévues, mais sinon, nous devons remplir des papiers et obtenir un laissez-passer. Ensuite, nous pouvons partir, mais nous ne pouvons pas nous arrêter le long du chemin ou parler avec personne. Les gardes nous diront toujours d'avancer, de partir. Chaque fois que nous retournons au dortoir, nous recevons un tapotement par le gardien. Dans la bibliothèque, il n'y a pas de livres en français, langue officielle de la Guinée. Nous ne pouvons pas obtenir des livres ou des magazines de l'extérieur à moins que ceux-ci ne nous soient envoyés par les les maison d'édition ou par Amazon. Le courrier de la famille et des amis est lu par les gardes. Il y a une télévision, mais elle est partagée par tous. Un agent extérieur contrôle les chaînes et nous n'avons rien à dire sur les choix. Pour la plupart, nous nous asseyons sur nos couchettes dans le dortoir toute la journée. Cela devient presque insupportable après tant de temps.

11. La nourriture ici me cause de sérieux problèmes de santé. Quand j'étais très jeune, je souffrais de problèmes de constipation. Les médecins m'ont dit de manger des aliments frais et d'éviter la nourriture industrielle riches en amidon comme le pain, les chips, les biscuits, les pâtes et d'autres choses de ce genre. Je me suis conformé, et le problème a été résolu. Maintenant, au centre de détention, je suis sous laxatifs depuis dix mois. C'est douloureux et débilitante bien sûr. Le régime est nocif pour moi. Le petit déjeuner est un œuf ou des haricots ou des céréales

comme des corn flakes, avec un petit morceau de fruit et du lait. Nous devons acheter notre propre café de la coopérative commissaire. Pour le déjeuner, nous obtenons deux sandwichs au pain blanc froid avec du fromage industriel ou de la viande froide, par exemple. Peut-être un très petit morceau de fruit. Le dîner peut être une sorte de viande comme un hamburger ou quelque chose de nourriture industrielle, et des légumes bouillis. Ceux-ci sont servis avec des biscuits et des chips. Les boissons sont des liquides aromatisés artificiellement. Si nous pouvons obtenir des dons pour le coopérative commissaire, alors nous pouvons obtenir des nouilles ramen ou plus de biscuits ou de chocolat, mais pas les fruits et légumes frais dont j'ai besoin. Personne n'est autorisé à nous envoyer de la nourriture de l'extérieur non plus. Le médecin de notre clinique m'a ordonné de manger plus de fibres et de boire plus de liquides et j'ai pris des repas marqués «régime spécial». C'est étrange, car la nourriture est exactement la même que tout le monde et exactement la même que tout le temps. Seulement la couleur de l'assiette est différente. Je n'ai jamais été malade là-bas ou dans le camp du Costa Rica. Maintenant, je suis de retour à la constipation sévère et des laxatifs douloureux à Port Isabel. Ceci, avec le manque d'exercice adéquat et l'air frais m'affaiblit.

12. L'hygiène est également très mauvaise. Nos cuvettes de toilettes sont tous ensemble avec rien entre les deux, et seulement un panneau à hauteur de poitrine

entre les toilettes et les lits. Nous sommes obligés de déféquer devant les autres. J'essaie d'attendre jusqu'à tard dans la nuit, mais c'est dur maintenant que les dortoirs sont si bondés. Nos draps sont changés une fois par semaine, nos uniformes sont lavés deux fois par semaine. Nous avons deux ensembles de vêtements. Heureusement, dans le dortoir où je suis maintenant, il y a une petite machine pour que nous puissions laver nos sous-vêtements au besoin. Les draps et les uniformes que nous avons reçus étaient usés et portés.

13. Deux fois maintenant nous avons été mis en quarantaine, lorsqu'un détenu arrivant s'est avéré avoir la varicelle. Si nous quittions les dortoirs, nous devions porter un sac sur nos visages. Cela a duré environ 40 jours. Pendant plus de 20 jours, je n'ai pas pu quitter le dortoir du tout, sauf pour une visite d'avocat ou un rendez-vous médical. Cela a retardé mon audience d'asile initiale puisque je ne pouvais pas entrer dans la salle d'audience. Nous sommes tellement bondés ici, je m'inquiète qu'un de ces jours quelqu'un me donnera quelque chose qui serait très mauvais pour un adulte.

14. Un de mes amis a développé une plaie infectée à l'arrière de son cou. Il est devenu si mauvais qu'ils ont dû l'emmener à Harlingen deux fois pour obtenir un traitement médical spécial.

15. En tant que musulmans, nous avons des prières spéciales dirigées par un imam le vendredi. Ils nous le permettent mais nous ordonnent de retourner directement dans nos dortoirs dès que nous aurons fini. Nous ne sommes pas autorisés à simplement parler les uns avec les autres pendant un moment ou deux après.

16. Pendant ce temps au Centre de détention de Port Isabel, je n'ai vu qu'un Africain relâché sous caution ou en liberté conditionnelle. L'automne dernier, l'établissement est devenu très bondé et ils ont libéré des Hispaniques, mais pas d'Africains. Nous avons fait une grève de la faim pendant trois jours et des fonctionnaires sont venus nous parler, mais rien n'a changé.

17. J'ai été bien sûr traumatisé par ce qui m'est arrivé en Guinée. J'ai eu des problèmes de sommeil et des cauchemars après cela pendant que je voyageais au nord du Mexique. Au cours de cette dernière année, cependant, mes cauchemars et mes problèmes de sommeil sont devenus bien pires. Certaines nuits sont vraiment horribles. J'ai aussi un problème qui s'aggrave avec des maux de tête sévères de tout le stress ici. Auparavant, j'étais très amical et aimais parler avec les autres, mais j'ai changé. Parfois, il semble que je sois très loin des gens autour de moi. Certains jours, je ne veux rien faire du tout et je reste assis toute la journée sur mon lit superposé. J'ai du mal à me concentrer. J'essaie juste de continuer, un jour à la fois. Il est difficile de décrire à quel point cette longue détention est difficile pour moi.

Je déclare sous peine de parjure que ce qui précède est vrai et correct.

Exécuté sur 1/1/2018.

_____

Hatim B███

I, Molly Rogers, being fluent in the English and French languages hereby certify that I have translated the foregoing document (Declaration of Hatim B███) from English into French.

*Molly Rogers*
Molly Rogers

Date: 12/21/2017