# Exhibit 3
# Sadat I.

Declaration of Sadat I███

A. 208- 920-376

My name is Sadat I███. I am over 18 years of age and of sound mind. I swear under penalty of perjury under the laws of the United States that the following is true and correct.

1. I was born in Ghana on October 10, 1986. As an asylum applicant, I have been detained by the United States government for almost two years.

2. As I was growing up, it became clear to me that I am a gay man. This is extremely dangerous in Ghana, where neither Christians nor Muslims accept such a status. Gay persons face severe persecution, including battery, even death, and imprisonment for "unnatural acts" or for false charges brought against them. We cannot survive there.

3. A few years ago I joined a small network of gay men. We would meet as friends and also to give one another mutual support. However, we were discovered by a vigilante group called the Safety Empire, which began to hunt us down one by one. My partner, Hamza received one hundred lashes with belts and sticks. This can be seen on film footage taken by the attackers. Many others were attacked and battered during this time period as well. I do not know what has become of Hamza. I myself was attacked and badly beaten, and in the end had to flee Ghana. After I left, my house was burned down. When my uncle protested, the assailants knocked out his teeth. My mother was forced to flee to Togo. The leader of Safety Empire was briefly detained then released, and continues to foment hatred and violence against us. The government is no better. A close friend of mine was deported in 2017. Police met him at the airport and took him straight to jail.

1

4. After I fled Ghana in November 2015, I arrived in Brazil and slowly made my way across Central America and Mexico. This region is extremely violent because of the drug war going on there, and I was always fearful of being beaten or kidnapped. However, I was full of hope about a new life in the United States.

5. I finally arrived in Tijuana, Mexico on January 17, 2016. I have never committed a crime and so I did not want to enter the United States illegally. So instead I walked to the U.S. Port of Entry and presented myself to the U.S. Customs and Border patrol agents there, explaining that I was in danger in Ghana and needed to ask for asylum.

6. I was promptly sent to a cell there at the border. I stayed there for nearly two weeks and the conditions were terrible. I would estimate that there were 30 of us at time held there, with only one toilet for all of us. Some of us slept on the floor, others dozed sitting up on the bench. There were no showers, and we were given a bit of foam to clean our teeth. All of our personal possessions had been taken from us. The guards told us frankly that we were being punished for entering America without legal documents. I was then held for one day at the "Ice Box" holding center, where all of our extra layers of clothes, even our undershirts, were taken away. We were very cold. Again we were told that this was because we should not have come here and so that we would tell our friends not to come here. I was then in Otay Mesa detention center for a few weeks, then was sent to Stewart Detention Center in Georgia.

7. I passed my credible fear interview, and I presented my identification together with sponsorship letters from my family but parole was denied. Even after my denial of relief became final in 2017, and more than 90 days had passed, but I was not released. I filed a

habeas corpus petition in Georgia, but I was transferred to Texas. I tried again in Texas to request parole and was again denied. No one has ever told me why.

8. When I crossed the border, ICE took my Ghana national health identification card. While I was in Stewart, my uncle also sent my national identification card to ICE directly, and ICE confirmed receipt. My passport had been stolen during my journey to the United States, but I have also presented a copy to ICE. I included my Ghana criminal check, which shows I have no criminal record at all. In addition, my Uncle Salify Fuseini has written an affidavit confirming my identity and offering to sponsor me. He presented copies of his Legal Permanent Resident card, with proof of his Pennsylvania residence, and his W-2 card. La Posada, a project run by the Sisters of Divine Providence, and based in San Benito Texas, has also offered to sponsor me and I presented their letter as well. They will provide me with transportation to the court or ICE offices for any appointments. My Uncle has agreed to assist me in the same way. Both will also provide me with shelter, food, medical and all other needs. I am very appreciative of their generosity. No ICE officer has ever told me that I need to present anything else, or that they have any questions.

9. After what happened to me in Ghana, and the dangerous trip to the U.S. border, I was of course frightened, sad and traumatized. However, I had very high hopes that somehow in the United States I could lead a normal life. I had always been interested in doing social work and helping others in some way. I wanted to continue my studies so I could contribute to society. I thought that in the United States I could finally be safe, that I would not have to fear constant attacks, rejection and humiliation, that I could finally be

accepted and permitted to live a useful and productive life. I believed I could finally live in freedom. This is what kept me going.

10. When I arrived at Stewart Detention Center in 2016, it became clear to me that things were going to be terribly difficult. Early on, a number of us were called in before an Immigration Judge, Sandra Demsay, for initial information. She told us that we people from Africa were not going to get asylum that we would be going back to Africa. We were all of course shocked by this statement, and hoped we would get a fair hearing anyway. But in the end she was right. No matter how much danger we faced back home, most of us were denied asylum. In my case my family had sent me two audio visual CDs (compact discs) showing my friend being battered and the vigilantes threatening us. The guards removed it from my mail because we are considered too dangerous to be permitted to have cds. They did not tell me about this, so I went to my hearing with no lawyer and no cd. Even though I did have other evidence the Judge denied me asylum. I then appealed.

11. Prior to my asylum hearing, there were a number of changes in the deportation officer assigned to my case, so my parole request was not answered. When I appealed the case, I was told I would be given parole very soon. When Trump was elected, I was taken aside and told that things had changed, and that because of Trump's election, I would not be given parole after all. Even after I was turned down by the BIA and the 90 days had passed, I was not released.

12. I am willing to present any additional materials or information, but I do not know what ICE wants from me.

13. The jail guards are always harsh with us and often tell us we are criminals. We are not permitted to be friendly with them in any way, and it is forbidden to even ask their first names, or what books or movies they like.

14. In detention, the conditions slowly break us psychologically. The life we are given here is cruel, especially as we have never committed any crimes. We do not understand why we are being punished. Many of us, like me, presented legally at a U.S. Port of Entry.

15. My own depression has deepened terribly here in detention, as discussed below.

16. The conditions would make any person horribly depressed. We can do nothing for ourselves. We are not allowed cell phones or use of internet is very limited. Any person I wish to email must have a social security number, and be approved by ICE. My relatives in Ghana do not have social security numbers. So for contact Africa we can only use a regular telephone, and these calls are very expensive. Of course all calls and messages are monitored so there is no privacy. Many of us have no access to financial support for this. It was more than a year after I left Ghana I was able to contact my mother.

17. We were given a list of some local lawyers but they were very busy, and it was hard for us to find anyone else. A relative tried to help me find a lawyer but this did not work out. I had to figure out the law and the paperwork on my own. Our library is very limited and I cannot do research on the internet. A relative sent some articles, photos and the cds showing the attack on Hamza and the threats against us by Safety Empire. As I said, the cds were removed from the envelope by the guards, without anyone notifying me. I lost my appeal to the BIA in early 2017. In March 2017, I was transferred to the ICE facility in Pearsall, Texas. After a year and half in the U.S. I finally made contact with my current lawyers, who are helping me to file a motion to reopen the case. Pearsall is in a

remote area, so they must travel to see me, and communicating with them is difficult. They cannot call me directly, just leave messages for me to call back, and that line is monitored. When they visit they cannot bring in laptops or cell phones, so this also slows down our work. Lawyers coming to Pearsall often have to wait for a very long time to see us. Because I cannot do research on the internet, I cannot help much to prepare my case.

18. All of us miss our friends and family and we are anxious about their safety. I do not know what became of my partner, Hamza.

19. The hygienic situation in our crowded facility is not good. Our dorm, or designated area, holds 100 people. Sheets are washed once a week, and blankets once a month. If someone asks for the sheets to be washed earlier, the guard must inspect them to see if it is necessary. Sometimes I go 2 weeks with the same sheets without washing. We were recently quarantined for chicken pox, which fortunately I already had as a child. We heard that another detainee had tuberculosis but he is back in our dormitory now. Medical care is limited. One detainee has been told by his doctor he needs surgery for a hernia, but ICE says he does not need this. I have an eye problem. When I was in Stewart Detention center I saw an eye specialist who said I needed future treatment or would be at risk for blindness. I am receiving no treatment.

20. We are allowed to exercise whenever we want, (except during count) but only in the small indoor exercise area. It has walls and a wire mesh ceiling. We can see the sun, but no trees or scenery outside. Once a month we are allowed one hour in an outside field. However, we go through a pat down by the guards when we arrive and when we return to the dorms, and this reduces our hour out of doors.

21. We can ask for a permission to go to the library or to the clinic. We cannot stop in the hallways to chat with friends. A guard goes with us, and we are constantly told to get moving. We cannot be in the hallways at all if a woman is passing through. We must go through a pat down by the guards each time we leave the dorm and each time we return.

22. We cannot receive fresh food from friends for "security" reasons. So our diet is debilitating. We have cereal or perhaps an egg (made from a powder) for breakfast, white bread sandwich with cheese or processed meat like bologna for lunch, maybe with chips and artificial juice, and for dinner we might get tacos or macaroni or some kind of processed meat and cooked vegetables. We get no fruit but we do get canned applesauce. Once a month we get real chicken, which is good. However, most of us can barely eat the food here. If a friend gives a donation, we can get ramen noodles and some other packaged foods from the commissary. I am attaching the commissary list.

23. Friends cannot just donate books or magazines to us either. These must be sent from the publishers or from amazon. Since there is very limited material in the Pearsall library, this makes things even harder.

24. The guards seem to think we are dangerous, and it is rare to have a normal conversation with them, or hear a kindly word. Some guards in California were kindly, but not here in Pearsall. There are usually about 50-70 African detainees here and many of the Mexican American guards, who comprise the majority of the staff, have an especially bad attitude towards us. Often they will say "shit", or "fuck" or "get the fuck out of here" when speaking to us, but not so with Latino detainees. One guard said we smelled bad. Another told us we should go back to our country, that no one wanted us here. Hispanic detainees are released far more easily and quickly than detainees from Africa. An ICE

officer has told me that all of the African detainees will stay here indefinitely or be deported back to Africa. We will not be released. I have knowledge that one African detainee was beaten by guards wearing masks when he went on a hunger strike.

25. Most of us cannot see family members or friends unless they have legal status and live close by.

26. Given this situation, all of us are very deeply depressed. This is made even worse when someone in the next bunk wakes up frightened in the night, or breaks down crying. Slowly are spirits become crushed. Many have said they if denied asylum they will not appeal, they will just go home no matter how dangerous it is for them.

27. Speaking for myself, I see many changes.  Sometimes I do not sleep all night. I used to be very friendly and sociable, but now, when I am depressed, everything seems hard to deal with and I tend to just stay alone in my bunk bed. Some days I am so despondent and without hope that I do not want to do anything at all, just stare at the walls. Often I am so sad I cannot bear it, but crying does not make me feel any better.

28. I have problems with nightmares a lot now. Also, I get terrible headaches.

29. I do not understand why I cannot be released to La Posada or to my family. I need to fight my case and obtain asylum, and I need to work with my lawyers. I need emotional support from my family and friends. I need to take long walks and have some peaceful times so that I may begin to heal. I am no criminal, yet I have spent two years in prison.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

Dec. 29, 2017.

_____

Sadat ▮ A. 208-920-376

Centro de Detención de GEO South Texas Carro Menú

### BEBIDAS

| QTY | | Item | Price |
|---|---|---|---|
| 2005 | ___ | Café Individual | $ 0.37 |
| 2015 | ___ | Colombia Café 3oz | $ 3.85 |
| 2041 | ___ | Capuchino de vainilla francesa | $ 3.50 |
| 2070 | ___ | Chocolate Caliente | $ 0.37 |
| 2105 | ___ | Té frío apagado | $ 0.31 |
| 2110 | ___ | Frutas ponche frío apagado | $ 0.31 |
| 2120 | ___ | Limonada fresca apagado | $ 0.31 |
| 2115 | ___ | Sandía frío apagado | $ 0.31 |
| 2081 | ___ | Azúcar S.S. | $ 0.10 |
| 2082 | ___ | Crema S.S. | $ 0.10 |
| 2214 | ___ | Azúcar sustituto 10 pk | $ 1.20 |
| 2500 | ___ | Agua embotellada | $ 0.75 |
| 2431 | ___ | Faygo Coque 20oz | $ 1.05 |
| 2432 | ___ | Faygo Root Beer 20oz | $ 1.05 |
| 2428 | ___ | Faygo Uva 20oz | $ 1.05 |
| 2429 | ___ | Faygo Naranja 20oz | $ 1.05 |

### VIRUTAS

| QTY | | Item | Price |
|---|---|---|---|
| 2737 | ___ | Fritos queso chili chips de maíz 2oz | $ 1.15 |
| 6078 | ___ | Shabang todo 1.5oz | $ 0.95 |
| 6100 | ___ | Llano de las patatas fritas 1.5oz | $ 0.95 |
| 6105 | ___ | Barbacoa patatas fritas 1.5oz | $ 0.95 |
| 6125 | ___ | Caliente patatas fritas 1.5oz | $ 0.95 |
| 6126 | ___ | Crema agria y cebolla 1.5oz | $ 0.95 |
| 6153 | ___ | Ala buffalo virutas de queso azul 1.5oz | $ 1.05 |
| 6159 | ___ | Hot Cheetos 1.75oz | $ 0.95 |
| 6111 | ___ | Frituras de maíz caliente 1.5oz | $ 0.95 |
| 6120 | ___ | Nacho tortilla chip 1.5oz | $ 0.95 |
| 6116 | ___ | Soplos de queso 2oz | $ 1.05 |
| 6683 | ___ | Piezas de pretzel de jalapeño 2.25oz | $ 1.15 |

### PASTELES/COOKIES

| QTY | | Item | Price |
|---|---|---|---|
| 3004 | ___ | Cremas de cacahuete 6oz | $ 0.80 |
| 3030 | ___ | Galletas de crema vainilla 6oz | $ 0.80 |
| 3031 | ___ | Galletas de crema de naranja y piña 6oz | $ 0.80 |
| 3035 | ___ | Galletas de chispas de chocolate 6oz | $ 0.80 |
| 3038 | ___ | Galletas María | $ 0.90 |
| 3040 | ___ | Helado de galletas de avena 6oz | $ 0.80 |
| 3045 | ___ | Galletas de crema dúplex 6oz | $ 0.80 |
| 3025 | ___ | Luna pastel - el chocolate | $ 1.10 |
| 3026 | ___ | Luna pastel - plátano | $ 1.10 |
| 3201 | ___ | Luna pastel - fresa | $ 1.10 |
| 3183 | ___ | Fresas Pop Tarts 2 pk | $ 0.80 |
| 3230 | ___ | Barras de mantequilla de maní | $ 0.80 |
| 3231 | ___ | Tortas de avena sandwich | $ 0.40 |
| 3236 | ___ | Rollos de suiza | $ 0.80 |
| 3248 | ___ | Rollo de canela | $ 0.90 |
| 3251 | ___ | Jumbo miel bun | $ 0.90 |
| 3270 | ___ | Cupcake de chocolate | $ 0.90 |
| 3274 | ___ | Bollo de miel helada | $ 0.85 |
| 3299 | ___ | Buñuelos de fresas | $ 0.90 |
| 4430 | ___ | Arándano danés | $ 0.75 |
| 4431 | ___ | Fresa danés | $ 0.75 |

### ALIMENTOS

| QTY | | Item | Price |
|---|---|---|---|
| 2035 | ___ | Sal 10 pk | $ 0.25 |
| 2036 | ___ | Pimienta 10 pk | $ 0.25 |
| 2594 | ___ | Atún con jalapeños 3.53oz | $ 1.85 |
| 2596 | ___ | Queso crema con jalapeños 2oz | $ 1.20 |
| 2675 | ___ | Tortilla de maíz | $ 1.85 |
| 2715 | ___ | Copas de helado 3.5oz | $ 2.75 |
| 2716 | ___ | Ara de fruta | $ 2.75 |
| 2780 | ___ | Salsa picante tapatio | $ 7.55 |
| 3157 | ___ | Galletas saladas | $ 0.75 |
| 3219 | ___ | Galletas de sandwich de queso | $ 0.50 |
| 3222 | ___ | Galleta sandwich de mantequilla de maní | $ 0.50 |
| 3551 | ___ | Salchicha El cocho | $ 1.40 |
| 3554 | ___ | Salchicha picante verano | $ 1.65 |
| 3555 | ___ | Mortadelas jundas | $ 1.50 |
| 6013 | ___ | Pollo cajún ramen | $ 0.38 |
| 6015 | ___ | Camarón de cai ramen | $ 0.38 |
| 6016 | ___ | Ramen carne de res de Texas | $ 0.39 |
| 6025 | ___ | Chile ramen | $ 0.39 |
| 6045 | ___ | Ramen de pollo | $ 0.39 |
| 6047 | ___ | Frijoles refritos picantes | $ 1.70 |
| 6048 | ___ | Ramen de carne | $ 0.38 |
| 6050 | ___ | Arroz instantáneo | $ 2.30 |
| 6052 | ___ | Ramen vegetal picante | $ 0.38 |
| 6053 | ___ | Camarones estilo cajún ramen | $ 0.39 |
| 6055 | ___ | Ramen de camarón | $ 0.39 |
| 6097 | ___ | Nueces de maíz de barbacoa | $ 0.80 |
| 6172 | ___ | Chile no judías 11.25oz | $ 2.50 |
| 6173 | ___ | Chili con frijoles 11.25oz | $ 2.50 |
| 6174 | ___ | Chile con frijoles caliente 11.25oz | $ 2.50 |
| 6175 | ___ | Estofado de ternera 11.25oz | $ 2.85 |
| 6178 | ___ | Cabeila | $ 1.00 |
| 6179 | ___ | Sardinas en Aceite | $ 1.20 |
| 6181 | ___ | Sardinas en salsa picante | $ 1.65 |
| 6190 | ___ | Filetes de pescado con chiles verdes | $ 1.75 |
| 6191 | ___ | Escamas del salmón | $ 2.50 |
| 6193 | ___ | Carne de barbacoa 11.25oz | $ 2.50 |
| 6195 | ___ | Pechuga de pollo premium | $ 3.95 |
| 6201 | ___ | Palomitas | $ 0.85 |
| 6220 | ___ | Kitos picante | $ 0.80 |
| 6234 | ___ | Rancho kitos | $ 0.85 |
| 6255 | ___ | Dip de queso de nacho jalapeños | $ 1.25 |
| 6282 | ___ | Mayonesa 12 pk | $ 1.05 |
| 6329 | ___ | Carne de res y palo de cheddar | $ 1.00 |
| 6417 | ___ | Mantequilla de maní | $ 2.50 |
| 6423 | ___ | Queso jalapeño | $ 0.85 |
| 6470 | ___ | Avena de un solo uso | $ 0.50 |
| 6501 | ___ | Dill pickle | $ 0.75 |
| 6505 | ___ | Jalapeños rebanados | $ 2.05 |
| 6507 | ___ | Pimientos jalapeños | $ 0.80 |
| 6508 | ___ | Salsa de soja | $ 1.75 |
| 6605 | ___ | Tortillas de harina | $ 1.75 |
| 6606 | ___ | Cacahuetes salados | $ 0.70 |
| 6607 | ___ | Maní caliente | $ 0.70 |
| 6610 | ___ | Bagel sencillo | $ 1.00 |
| 6673 | ___ | Fideos tailandeses palacio | $ 1.50 |
| 6700 | ___ | Frijoles refritos | $ 1.70 |
| 6721 | ___ | Filetes de pescado en salsa picante Louisiana | $ 1.75 |
| 6825 | ___ | Atún 4.23oz | $ 1.85 |

### CANDY

| QTY | | Item | Price |
|---|---|---|---|
| 4031 | ___ | Twix | $ 0.95 |
| 4042 | ___ | Bolos | $ 0.95 |
| 4043 | ___ | Almendra de Snickers | $ 0.95 |
| 4046 | ___ | M & M maní 5.3oz | $ 2.65 |
| 4047 | ___ | M & M llano 5.3oz | $ 2.65 |
| 4080 | ___ | Miniaturas de Snickers 4.4oz | $ 2.00 |
| 4100 | ___ | Caramelo | $ 1.05 |
| 4135 | ___ | Jolly Ranchers surtidos | $ 1.05 |
| 4145 | ___ | Menta | $ 1.05 |
| 4146 | ___ | Bolas de fuego atómico | $ 1.05 |
| 4150 | ___ | Bolas de fruta amarga | $ 1.05 |
| 4152 | ___ | Mezclar todos estrellas dulces | $ 1.05 |
| 4155 | ___ | Frutas salvaje libre de azúcar | $ 1.05 |
| 4316 | ___ | Miniaturas de Milky Way3 oz | $ 1.48 |

### HIGIENE PERSONAL

| QTY | | Item | Price |
|---|---|---|---|
| 0010 | ___ | VO5 Champú | $ 2.10 |
| 0011 | ___ | VO5 Acondicionador | $ 2.10 |
| 0031 | ___ | Azufre 8 | $ 3.00 |
| 0055 | ___ | Pomada de pelo | $ 1.85 |
| 0115 | ___ | Desodorante masculino | $ 3.05 |
| 0129 | ___ | Desodorante femenino | $ 2.20 |
| 0212 | ___ | Coca cal aloe loción | $ 2.00 |
| 0240 | ___ | Crema medicinal | $ 1.10 |
| 0242 | ___ | Crema de acné | $ 3.55 |
| 0251 | ___ | Crema anti-hongos | $ 5.30 |
| 0260 | ___ | Muscle rub | $ 3.50 |
| 0273 | ___ | Bálsamo para los labios | $ 0.88 |
| 0331 | ___ | Crema de afeitar | $ 1.75 |
| 0350 | ___ | Después de shave gel | $ 2.75 |
| 0365 | ___ | Champú 15oz | $ 1.50 |
| 0366 | ___ | Acondicionador 15oz | $ 1.60 |
| 0382 | ___ | Champú anticaspa 15oz | $ 1.60 |
| 0397 | ___ | Jabón de manteca de cacao | $ 1.15 |
| 0429 | ___ | Barra deportiva un jabón | $ 0.67 |
| 0431 | ___ | Jabón de olor fresco 3oz | $ 0.67 |
| 0491 | ___ | Jabonera | $ 1.00 |
| 0500 | ___ | Enjuague bucal libre de alcohol | $ 1.25 |
| 0529 | ___ | Crema dental Colgate | $ 2.09 |
| 0544 | ___ | Bucles de hilo dental menta 30 pk | $ 3.95 |
| 0581 | ___ | APAP (Genérico Tylenol) | $ 0.80 |
| 0583 | ___ | Ibuprofeno 2pk | $ 0.80 |
| 0635 | ___ | Antiácido líquido 12oz | $ 4.00 |
| 0642 | ___ | Rolaids | $ 0.50 |
| 0651 | ___ | Pomada para las hemorroides | $ 4.15 |
| 0652 | ___ | Ungüento antibiotic | $ 4.90 |
| 0671 | ___ | Tos de cereza | $ 1.00 |
| 0673 | ___ | Ranitidine 30 cuenta | $ 4.00 |
| 0676 | ___ | Miel limón tos gota | $ 1.00 |
| 0697 | ___ | Portaobjetivo | $ 3.25 |
| 0699 | ___ | Multivitaminas | $ 6.05 |
| 0750 | ___ | Cortaúñas, ningún archivo | $ 0.65 |
| 0780 | ___ | Bastoncillos de algodón 100 ct | $ 1.00 |
| 0809 | ___ | Peine | $ 0.40 |
| 0815 | ___ | Cepillo, sin manija | $ 2.85 |
| 3692 | ___ | Solución multiuso | $ 5.00 |

FINAL DE TODAS LAS VENTAS
PRECIOS EXCLUYEN IMPUESTOS
SELECCIÓN DEL ELEMENTO SERÁ GIRADO

### PAPELERÍA

| QTY | | Item | Price |
|---|---|---|---|
| 1901 | ___ | 4to Pie-Dirigido | $ 0.82 |
| 1040 | ___ | Pluma de la flexión | $ 1.10 |
| 1049 | ___ | 4to Sello | $ 0.49 |
| 1080 | ___ | Lápices de colores | $ 2.50 |
| 1060 | ___ | Forrado de escritura tablet | $ 0.90 |
| 1072 | ___ | Carpeta legal | $ 2.15 |
| 1015 | ___ | Sobres de manila | $ 0.37 |

### ROPA

| QTY | | Item | Price |
|---|---|---|---|
| 1529 | ___ | Boxeadores-SM | $ 2.85 |
| 1530 | ___ | Boxeadores-MD | $ 2.85 |
| 1531 | ___ | Boxeadores-LG | $ 2.85 |
| 1532 | ___ | Boxeadores-XL | $ 2.85 |
| 1533 | ___ | Boxeadores-2X | $ 4.05 |
| 1534 | ___ | Boxeadores-3X | $ 4.05 |
| 1508 | ___ | Boxeadores-4X | $ 4.05 |
| 1496 | ___ | Boxeadores-5X | $ 4.05 |
| 1571 | ___ | Boxeadores-6X - 7X - 8X | $ 4.05 |
| 1504 | ___ | T-Shirt-SM | $ 3.50 |
| 1505 | ___ | T-Shirt-MD | $ 3.50 |
| 1506 | ___ | T-Shirt-LG | $ 3.50 |
| 1507 | ___ | T-Shirt-XL | $ 3.50 |
| 1508 | ___ | T-Shirt-2X | $ 6.30 |
| 1509 | ___ | T-Shirt-3X | $ 6.30 |
| 6727 | ___ | T-Shirt-4X | $ 6.30 |
| 3652 | ___ | T-Shirt-5X | $ 6.30 |
| 3669 | ___ | T-Shirt-6X - 7X - 8X | $ 6.30 |

### GAFAS DE LECTURA

| QTY | | Item | Price |
|---|---|---|---|
| 6273 | ___ | Gafas de lectura 125 | $ 3.25 |
| 6274 | ___ | Gafas de lectura 150 | $ 3.25 |
| 6275 | ___ | Gafas de lectura 175 | $ 3.25 |
| 6276 | ___ | Gafas de lectura 200 | $ 3.25 |
| 6277 | ___ | Gafas de lectura 225 | $ 3.25 |
| 6278 | ___ | Gafas de lectura 250 | $ 3.25 |
| 6279 | ___ | Gafas de lectura 275 | $ 3.25 |
| 6280 | ___ | Gafas de lectura 300 | $ 3.25 |
| 6281 | ___ | Gafas de lectura 325 | $ 3.25 |

### MISCELÁNEO

| QTY | | Item | Price |
|---|---|---|---|
| 1200 | ___ | Pilas AAA 4 pk | $ 2.00 |
| 1210 | ___ | Pilas AA 4 pk | $ 2.00 |
| 1411 | ___ | Taza de café | $ 1.50 |
| 1406 | ___ | Tazón de fuente | $ 1.50 |

### Zapatos

| QTY | | Item | Price |
|---|---|---|---|
| 1751 | ___ | Rawlings Marc II Zapatillas de tenis 5x 7 | $ 27.99 |
| 1752 | ___ | Rawlings Marc II Zapatillas de tenis 5x 7.5 | $ 27.99 |
| 1753 | ___ | Rawlings Marc II Zapatillas de tenis 5x 8 | $ 27.99 |
| 1754 | ___ | Rawlings Marc II Zapatillas de tenis 5x 8.5 | $ 27.99 |
| 1853 | ___ | Rawlings Marc II Zapatillas de tenis 5x 9 | $ 27.99 |
| 1757 | ___ | Rawlings Marc II Zapatillas de tenis 5x 9.5 | $ 27.99 |
| 1854 | ___ | Rawlings Marc II Zapatillas de tenis 5x 10 | $ 27.99 |
| 1758 | ___ | Rawlings Marc II Zapatillas de tenis 5x 10.5 | $ 27.99 |
| 1759 | ___ | Rawlings Marc II Zapatillas de tenis 5x 11 | $ 27.99 |
| 1855 | ___ | Rawlings Marc II Zapatillas de tenis 5x 11.5 | $ 27.99 |
| 1856 | ___ | Rawlings Marc II Zapatillas de tenis 5x 12 | $ 27.99 |
| 1761 | ___ | Rawlings Marc II Zapatillas de tenis 5x 13 | $ 27.99 |
| 1857 | ___ | Rawlings Marc II Zapatillas de tenis 5x 14 | $ 27.99 |
| 1763 | ___ | Rawlings Marc II Zapatillas de tenis 5x 15 | $ 27.99 |

Nombre del Detenido: _____

A#: _____

12-5-17

| QTY | BEVERAGES | Price |
|---|---|---|
| 2008 | Individual Coffee | $ 0.37 |
| 2010 | Colombian Coffee 3oz | $ 3.95 |
| 2041 | French Van. Cappuccino | $ 3.50 |
| 2070 | Hot Cocoa | $ 0.37 |
| 2105 | Tea Cool Off | $ 0.31 |
| 2110 | Fruit Punch Cool Off | $ 0.31 |
| 2120 | Lemonade Cool Off | $ 0.31 |
| 2115 | Watermelon Cool Off | $ 0.31 |
| 2081 | Sugar | $ 0.10 |
| 2082 | Creamer | $ 0.10 |
| 2214 | 10pk Sweetmate Pink | $ 1.20 |
| 2500 | Bottled Water | $ 0.75 |
| 2431 | Faygo Cola 20oz | $ 1.05 |
| 2432 | Faygo Root Beer 20oz | $ 1.05 |
| 2428 | Faygo Grape 20oz | $ 1.05 |
| 2429 | Faygo Orange 20oz | $ 1.05 |

| QTY | CHIPS | Price |
|---|---|---|
| 2737 | Frito Chili Cheese Corn Chips 2 oz | $ 1.10 |
| 6079 | Whole Shabang 1.5 oz | $ 0.85 |
| 6100 | Plain Potato Chips 1.5oz | $ 0.95 |
| 6105 | BBQ Potato Chips 1.5oz | $ 0.95 |
| 6125 | Hot Potato Chips 1.5oz | $ 0.95 |
| 6126 | Sour Cream and Onion 1.5oz | $ 0.95 |
| 6153 | Buffalo Wing/Bl. Cheese Chips 1.5oz | $ 1.05 |
| 6159 | Cheetos Flaming Hot 1.75oz | $ 0.95 |
| 6111 | Hot Corn Chips 1.5oz | $ 0.95 |
| 6120 | Nacho Tortilla Chip 1.5oz | $ 0.95 |
| 6118 | Cheese Puffs 2oz | $ 1.05 |
| 6683 | Jalapeno Pretzel Pieces 2.25oz | $ 1.10 |

| QTY | PASTRIES/COOKIES | Price |
|---|---|---|
| 3004 | Peanut Butter Crème Cookies 6oz | $ 0.80 |
| 3030 | Vanilla Crème Cookies 6oz | $ 0.80 |
| 3031 | Orange/Pineapple Crème Cookies 6oz | $ 0.80 |
| 3035 | Chocolate Chip Cookies 6oz | $ 0.80 |
| 3039 | Maria's Cookies 4.94oz | $ 0.80 |
| 3040 | Iced Oatmeal Cookies 6oz | $ 0.80 |
| 3046 | Duplex Crème Cookies 6oz | $ 0.80 |
| 3026 | Moon Pie - Chocolate | $ 1.10 |
| 3028 | Moon Pie - Banana | $ 1.10 |
| 3251 | Moon Pie - Strawberry | $ 1.10 |
| 3193 | Strawberry Pop Tarts 2pk | $ 0.80 |
| 3230 | Peanut Butter Bars | $ 0.40 |
| 3231 | Oatmeal Sandwich Cakes | $ 0.40 |
| 3236 | Swiss Rolls | $ 0.60 |
| 3248 | Cinnamon Roll | $ 0.90 |
| 3261 | Jumbo Honey Bun | $ 0.80 |
| 3270 | Chocolate Cupcake | $ 0.90 |
| 3274 | Iced Honey Bun | $ 0.95 |
| 3290 | Strawberry Donuts | $ 0.80 |
| 4430 | Blueberry Danish | $ 0.75 |
| 4431 | Strawberry Danish | $ 0.75 |

| QTY | FOOD | Price |
|---|---|---|
| 2035 | 10 pk Salt | $ 0.25 |
| 2036 | 10 pk Pepper | $ 0.25 |
| 2594 | Tuna w/ Jalapenos 3.53oz | $ 1.95 |
| 2596 | Cream Cheese w/ Jalapenos 2oz | $ 1.30 |
| 2675 | Corn Tortillas 12ct | $ 1.95 |
| 2715 | Frosted Flakes 3.5 oz | $ 2.75 |
| 2716 | Froot Loops 3.1 oz | $ 2.75 |
| 2780 | Tapatio Hot Sauce | $ 1.55 |
| 3157 | Saltine Crackers (sleeve) | $ 0.75 |
| 3218 | Ritz Cheese Crackers | $ 0.50 |
| 3222 | Ritz PB Crackers | $ 0.50 |
| 3581 | LB Chub Sausage High Heat | $ 1.40 |
| 3584 | Spicy Summer Sausage | $ 1.65 |
| 3585 | Regular Summer Sausage | $ 1.50 |
| 6013 | Cajun Chicken | $ 0.39 |
| 6015 | Lime Shrimp Ramen | $ 0.39 |
| 6018 | Texas Beef Ramen | $ 0.39 |
| 6025 | Chili Ramen | $ 0.39 |
| 6046 | Chicken Ramen | $ 0.39 |
| 6047 | Spicy Beans | $ 1.70 |
| 6048 | Beef Ramen | $ 0.39 |
| 6050 | Instant Rice | $ 2.30 |
| 6052 | Hot and Spicy Veg Ramen | $ 0.39 |
| 6053 | Cajun Shrimp Ramen | $ 0.39 |
| 6056 | Shrimp Ramen | $ 0.39 |
| 6057 | BBQ Corn Nuts | $ 0.80 |
| 6172 | Chili No Beans 11.25oz | $ 2.60 |
| 6173 | Chili w/ Beans 11.25oz | $ 2.50 |
| 6174 | Hot Chili w/Beans 11.25oz | $ 2.60 |
| 6176 | Beef Stew 11.25oz | $ 2.85 |
| 6178 | Mackerel | $ 1.50 |
| 6179 | Sardines in Oil | $ 1.20 |
| 6181 | Sardines in Hot Sauce | $ 1.25 |
| 6190 | Fish Steaks w/ Green Chilis | $ 1.75 |
| 6191 | Salmon Pouch | $ 2.60 |
| 6193 | BBQ Beef 11.25oz | $ 2.50 |
| 6195 | Premium Chicken Breast | $ 3.00 |
| 6201 | Microwave Popcorn | $ 0.85 |
| 6226 | Picante Corn Nuts | $ 0.80 |
| 6234 | Ranch Corn Nuts | $ 0.80 |
| 6256 | Jalapeno Nacho Cheese Dip 4oz | $ 1.25 |
| 6262 | 12 pk Mayonnaise | $ 1.05 |
| 6320 | Beef & Cheddar Stick | $ 1.00 |
| 6417 | Peanut Butter | $ 2.50 |
| 6429 | Jalapeno Cheese | $ 0.85 |
| 6470 | B.S. Oatmeal | $ 0.50 |
| 6501 | Dill Pickle | $ 0.70 |
| 6502 | Sliced Jalapenos 12oz | $ 2.00 |
| 6507 | Jalapeno Peppers | $ 0.60 |
| 6505 | Soy Sauce 6oz | $ 1.75 |
| 6600 | Flour Tortillas | $ 1.75 |
| 6606 | Salted Peanuts | $ 0.75 |
| 6607 | Hot Peanuts | $ 0.70 |
| 6610 | Plain Bagel 4oz | $ 1.00 |
| 6673 | Thai Palace Noodles | $ 1.50 |
| 6700 | Sevilla Refried Beans 8oz | $ 1.70 |
| 6721 | Fish Steaks in LA Hot Sauce | $ 1.75 |
| 6825 | Tuna 4.23oz | $ 1.85 |

| QTY | CANDY | Price |
|---|---|---|
| 4031 | Twix | $ 0.95 |
| 4040 | Skittles | $ 0.95 |
| 4043 | Snickers Almond | $ 0.95 |
| 4045 | M&M Peanut 5.3oz | $ 2.65 |
| 4047 | M&M Plain 5.3oz | $ 2.60 |
| 4080 | Snickers Miniatures 4.4oz | $ 2.00 |
| 4100 | Butterscotch | $ 1.05 |
| 4135 | Jolly Ranchers | $ 1.05 |
| 4145 | Peppermints | $ 1.05 |
| 4146 | Atomic Fireballs | $ 1.05 |
| 4150 | Sour Fruit Balls | $ 1.05 |
| 4152 | All Star Candy Mix | $ 1.05 |
| 4155 | Sugar Free Wild Fruit | $ 1.05 |
| 4310 | Milky Way Miniatures 3oz | $ 1.40 |

| QTY | PERSONAL HYGIENE | Price |
|---|---|---|
| 0010 | VO5 Shampoo | $ 2.10 |
| 0011 | VO5 Conditioner | $ 2.10 |
| 0031 | Sulfer 8 | $ 3.00 |
| 0056 | Hair Pomade | $ 1.95 |
| 0116 | Men's Deodorant | $ 2.05 |
| 0120 | Women's Deodorant | $ 2.20 |
| 0212 | Coconut Lime Aloe Lotion | $ 2.00 |
| 0240 | Medicated Skin Cream | $ 1.10 |
| 0242 | Acne Cream | $ 3.55 |
| 0251 | Anti-Fungal Cream | $ 5.30 |
| 0252 | Muscle Rub | $ 3.60 |
| 0273 | Lip Balm | $ 0.65 |
| 0331 | Shave Cream | $ 1.75 |
| 0350 | After Shave Gel | $ 2.70 |
| 0355 | Shampoo 15oz | $ 1.80 |
| 0356 | Conditioner 15oz | $ 1.60 |
| 0362 | Dandruff Shampoo 15oz | $ 1.80 |
| 0397 | Cocoa Butter Soap | $ 1.15 |
| 0426 | Next Sport Bar A/B Soap 5oz | $ 1.15 |
| 0431 | Freshscent Soap 3oz | $ 0.57 |
| 0491 | Soap Dish | $ 1.00 |
| 0506 | Alcohol Free Mouthwash | $ 1.25 |
| 0528 | Colgate Toothpaste | $ 2.00 |
| 0544 | Mint Floss Loops 30 pk | $ 3.95 |
| 0581 | 2pk Generic Tylenol | $ 0.80 |
| 0583 | 2pk Ibuprofen | $ 0.60 |
| 0635 | Antacid Liquid 12oz | $ 4.00 |
| 0642 | Rolaids | $ 0.50 |
| 0651 | Hemorrhoid Ointment | $ 4.15 |
| 0652 | Antibiotic Ointment | $ 4.90 |
| 0671 | Cherry Cough Drops | $ 1.00 |
| 0673 | Ranitidine 30 ct | $ 4.00 |
| 0676 | Honey Lemon Cough Drop | $ 1.00 |
| 0697 | Lens Holder | $ 3.25 |
| 0698 | Multi Vitamin | $ 6.55 |
| 0750 | Nail Clippers, No File | $ 0.85 |
| 0760 | Cotton Swabs 100ct | $ 1.00 |
| 0800 | Comb | $ 0.40 |
| 0815 | Brush, no handle | $ 2.85 |
| 3692 | Multi-Purpose Solution | $ 6.00 |

ALL SALES FINAL
PRICES EXCLUDE SALES TAX
ITEM SELECTION WILL BE ROTATED

| QTY | STATIONERY | Price |
|---|---|---|
| 1001 | Stamped envelope | $ 0.62 |
| 1045 | Flex Pen | $ 1.10 |
| 1049 | 49 cent stamp | $ 0.49 |
| 1080 | Colored Pencils | $ 2.50 |
| 1090 | Lined Writing Tablet | $ 0.95 |
| 1072 | Legal Folder | $ 2.15 |
| 1015 | Manila Envelope | $ 0.37 |

| QTY | CLOTHING | Price |
|---|---|---|
| 1529 | Boxers-SM | $ 2.85 |
| 1530 | Boxers-MD | $ 2.85 |
| 1531 | Boxers-LG | $ 2.85 |
| 1532 | Boxers-XL | $ 2.85 |
| 1533 | Boxers-2X | $ 4.05 |
| 1534 | Boxers-3X | $ 4.05 |
| 1500 | Boxers-4X | $ 4.05 |
| 1485 | Boxers-5X | $ 4.05 |
| 1671 | Boxers-6X - 7X - 8X | $ 4.05 |
| 1504 | T-Shirt-SM | $ 3.50 |
| 1505 | T-Shirt-MD | $ 3.50 |
| 1506 | T-Shirt-LG | $ 3.50 |
| 1507 | T-Shirt-XL | $ 3.50 |
| 1508 | T-Shirt-2X | $ 6.30 |
| 1509 | T-Shirt-3X | $ 6.30 |
| 6727 | T-Shirt-4X | $ 6.30 |
| 3652 | T-Shirt-5X | $ 6.30 |
| 3660 | T-Shirt-6X - 7X - 8X | $ 6.30 |

| QTY | GLASSES | Price |
|---|---|---|
| 6273 | Reading glasses 125 | $ 3.25 |
| 6274 | Reading glasses 150 | $ 3.25 |
| 6275 | Reading glasses 175 | $ 3.25 |
| 6276 | Reading glasses 200 | $ 3.25 |
| 6277 | Reading glasses 225 | $ 3.25 |
| 6278 | Reading glasses 250 | $ 3.25 |
| 6279 | Reading glasses 275 | $ 3.25 |
| 6280 | Reading glasses 300 | $ 3.25 |
| 6281 | Reading glasses 325 | $ 3.25 |

| QTY | MISCELLANEOUS | Price |
|---|---|---|
| 1200 | AAA Batteries 4pk | $ 2.00 |
| 1210 | AA Batteries 4pk | $ 2.00 |
| 1411 | Coffee Cup | $ 1.50 |
| 1400 | Bowl | $ 1.50 |

| QTY | SHOES | Price |
|---|---|---|
| 1751 | Rawlings Marc II Tennis Shoes Sz 7 | $ 27.99 |
| 1752 | Rawlings Marc II Tennis Shoes Sz 7.5 | $ 27.99 |
| 1753 | Rawlings Marc II Tennis Shoes Sz 8 | $ 27.99 |
| 1754 | Rawlings Marc II Tennis Shoes Sz 8.5 | $ 27.99 |
| 1853 | Rawlings Marc II Tennis Shoes Sz 9 | $ 27.99 |
| 1757 | Rawlings Marc II Tennis Shoes Sz 9.5 | $ 27.99 |
| 1854 | Rawlings Marc II Tennis Shoes Sz 10 | $ 27.99 |
| 1755 | Rawlings Marc II Tennis Shoes Sz 10.5 | $ 27.99 |
| 1759 | Rawlings Marc II Tennis Shoes Sz 11 | $ 27.99 |
| 1855 | Rawlings Marc II Tennis Shoes Sz 11.5 | $ 27.99 |
| 1856 | Rawlings Marc II Tennis Shoes Sz 12 | $ 27.99 |
| 1761 | Rawlings Marc II Tennis Shoes Sz 13 | $ 27.99 |
| 1857 | Rawlings Marc II Tennis Shoes Sz 14 | $ 27.99 |
| 1763 | Rawlings Marc II Tennis Shoes Sz 15 | $ 27.99 |

Detainee Name: _____

A#: _____

12-5-17