# Exhibit 4
# Mikailu J.

## DECLARATION OF MIKAILU J█████

A. 209-991-615

My name is Mikailu J█████, and I swear under penalty of perjury under the laws of the United States that the following is true and correct:

1. I was born and raised in Sierra Leone. My date of birth is January 2, 1991.

2. In 2016 I was a university student and was starting a career as a journalist. I loved reading about different social and political issues, and writing about them. I have never committed a crime.

3. I had met many people from the West when we had the Ebola crisis in our country, through different United Nations and other international human rights and medical groups. They were always very good with all of us, and so I had a strong and favorable impression of the United States and Europe and democratic ideas.

4. In 2016 my young girlfriend was being pressured to undergo female genital mutilation. She did not wish to submit to this tradition, and I supported her refusal. I was warned by Bondo, a traditionalist network which insists on this and other rites, to stop helping her to resist. Bondo is a very strong network, and carries out violent actions against those who oppose them. Sometimes people are battered or killed or their houses are burned. In late 2016 I published an article opposing female genital mutilation. The next week I published an article supporting equal rights for gay people. This is also an issue that is violently opposed by traditionalists in our society. The Bondo came to my house while I was away and ransacked the place and told my sister-in-law that I was a dead man walking. She called me and told me to run.

5. After a very long journey across Central America I was able to reach Matamoros, Mexico, which is just across from Brownsville, Texas. I was very confident about approaching

1

American officials and asking for assistance. I just walked across the bridge and entered the main United States Port of Entry office and told a Border Patrol official I was there to ask for asylum. He sent me to a certain room, and the next thing I knew I was sent to an ICE detention center named Rio Grande Detention Center in Laredo, Texas, which was simply a prison.

6. I was taken to detention in a locked van and then brought through locking gates. I was not free to go anywhere and all my clothes and possessions were taken away.

7. I was then placed in prison-like scrubs and taken to a dormitory with approximately 80 other immigrants. I have been detained ever since, although a few months back I was transferred to the Laredo ICE detention center.

8. I have requested parole twice but been denied both times. ICE took my original national identification card, my student identification card, and my press card when I arrived at the U.S. Port of Entry. The originals and still in ICE custody, and all bear my photograph. When I asked for parole, I submitted copies of all three cards. I also submitted an affidavit from my Uncle, Mohamed S. Jalloh, who is a Legal permanent Resident living in Bronx, New York. The affidavit confirms my identity. In addition, my Uncle agreed to fully sponsor me while my case is pending. He will provide for all my needs, such as food and clothing and shelter, and also make sure I get to my ICE appointments and hearings. He has a son, also named Mohamed, who is closer to my age. I look forward to living with them and learning more about this country. I also have other relatives legally in this country and hope to visit with them as well. They have all been very kind and supportive. No ICE official has ever informed me of what further information they need, or what their concerns are.

9. As detainees, we are not allowed to leave the dorm unless we get permission first. Usually a guard will escort us. We are given a pat down search every time we leave the dorm and

every time we return. There are only a few places we are allowed to go, such as the library, the medical room, the attorney room, or the patio for recreation; and only during scheduled times. When we're walking to one of these places, we must march straight to our destination. (At Rio Grande Detention Center a lot of the guards made us walk with our arms crossed over our chests.) We cannot stop and chat or make friends with detainees from other dormitories. We cannot be in an attorney visiting room if there is a woman I the adjacent room. We are not allowed to fraternize with others, and most guards treat us with great distrust, as if we are dangerous.

10. We are not allowed cell phones and have no access to the Internet or emails. We can buy cards for the regular phones but these are very expensive. Unless we have someone who can support us, we have little access to the outside at all. Since I cannot access the internet I cannot help my lawyers locate witnesses, or do research on my case, which makes things difficult. Where I am currently detained, my attorneys cannot call me, they can only leave a message for me to call them, and this slows things down. Special arrangements must be made for an unmonitored call with a lawyer. Also, lawyers cannot bring their laptops in when we work together, which also makes for much more work. I hear they often have to wait for long periods before permitted into the visitation room. If a lawyer is talking to a woman in one visitation room, my lawyer has to wait for them to finish.

11. Of course most of us do not have relatives living nearby who can visit us. Any friendly or kindly physical contact between detainees, such as an arm around the shoulder if someone is crying or upset, is forbidden.

12. Given all this, most of us are very isolated. We are unable to call back to our home countries very often given the costs, and these calls are monitored so there is no privacy or safety. The recorded message in English about this being a U.S. detention center, and the instructions as

to which buttons to push, cause a lot of confusion and I often loose calls. I have called Sierra Leone only 3 or 4 times this last year. I do not know what has become of my girl friend.

13. The food is very difficult to eat, mostly processed foods or cold white bread sandwiches. The meat that we are served tastes as if it's very old. We do get real chicken once a week and we appreciate that. If we receive any extra money we can buy ramen noodles or some packaged sweets from the commissary. There's a notice in my dormitory that says that prices in the commissary recently increased in approximately late December 2017. I have started working the kitchen here, though my wage is $1 for an 8 hour day's work. There is no fresh food here, and our friends and family are not allowed to send us anything to eat.

14. We cannot receive CDs because we might turn them into a dangerous weapon. We are not allowed to have paper clips. We cannot leave the dormitory with a pen. We cannot have our own nail clippper; we can only ask the guard for the nail clipper used by everyone else, which can be unsanitary. I remember that once a small group of us were laughing and telling jokes in the medical room. A guard told us that maybe we should be transferred to another detention center because we have it "too easy".

15. We are just refugees, not criminals and we cannot understand this.

16. We go outside for exercise one hour a day. (At Rio Grande Detention Center, it was an indoors area). It is very crowded now that there are approximately 80 of us in my dorm. (The number varies). Once a week we go to a field large enough to play soccer or a game like that, but not if there is bad weather. (At the Rio Grande Detention Center we did not go to a larger field at all). Sometimes the guards take us back early. Also, the guards have guns when we go there.

17. Hygiene is very poor here. We can wash our sheets only once per week; our uniforms twice per week. We have two sets of clothing total. We are issued used clothes, underwear, and

sheets, which show stains. Sometimes our clothes aren't washed properly, and we wash them by hand in the dormitory. Drying them in the dorm is of course a problem. We notice that many of us have rashes and skin irritations, which we believe are caused by the poor hygiene here. The screen separating the toilet area is quite low, and a person coming through the door can see us clearly.

18. I've been sick in detention, with flu and colds, as have other fellow detainees. Others have also been gotten rashes like me. I know one detainee who developed high blood pressure, for the first time, during his time in detention. There have been quarantines in other dormitories for chickenpox. We can ask to see a doctor, but it can take a day or two to get permission. Once a detainee fell down because he was so ill. Armed guards took him to a hospital in chains and one harassed him by loudly cocking his weapon nearby.

19. Many of the guards seem so hostile to us, or even afraid of us, especially us Africans. Some guards think we want to start problems or fights. I believe this is because of racism. There are many small examples. Once I heard one guard in particular tell another detainee, "Africans are stupid. Don't talk to them. Why are you talking to them?" Sometimes, guards won't respond to our requests for necessities. For example, African detainees will request t-shirts from the guards, and the guards either won't respond at all or they will give the African detainees a dirty t-shirt to wear, while Hispanics get a new t-shirt easily.

20. The most damaging discrimination though, is when it comes to release on bond or parole. ICE officers have told us outright that no Africans and going to be released. In my year here I have not seen any African get released on bond or parole.

21. It has been really hard to see other immigrants allowed to leave on bond, especially if they are Hispanics who entered illegally by crossing the river. Those of us who came legally to the Port of Entry like I did are not allowed to have bond, or to ask a judge for bond, and we are

denied parole even though we have the proper identification and family sponsors here. We do not understand why we are in jail.

22. I have now been here for a year, and I try hard to stay positive. However, I am more and more depressed. Sometimes I suffer from stabbing chest pains although there is nothing medically wrong with my heart, and sometimes I would vomit or go to the bathroom immediately after eating. I have rashes off and on. I also have serious sleeping problems and terrible nightmares. All of this is far worse than it was when I was crossing Latin America to get here. Sometimes I experience headaches, or sometimes, it feels hard to get out of bed and like I don't want to socialize.

23. People who commit crimes in this country can be released on bond, and even after a conviction they know how long they will be in jail. We are not allowed out and we have no idea how long we will be here, even though we have committed no crime.

24. I want to be a good person and contribute to society. That is what I was trying to do back in Sierra Leone. Yet I have been in prison now for a full year. I cannot understand it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing Declaration is true and correct.

Executed on this 30th day of Dec. 2017

_____

MIKAILU J███

A. 209-991-615