# Exhibit 5

# Junior M.

My name is Junior Alberto M███████. I am Honduran, A. 212-978-343, and I am detained in the Port Isabel Detention Center. I swear under penalty of perjury of the laws of the United States that the following is true:

I have taken the decision to return to Honduras despite the grave danger and violence there. I am leaving and will not appeal my asylum case, simply because I cannot bear the terrible conditions in jail here, as I described in my earlier affidavit.

Junior Matute                                              19 December 2017

Me llamo Junior Alberto M███████.

Soy Hondureño, A. 212-978-343, y soy detenido en Port Isabel Detention Center.

Juro bajo pena de perjuria bajo la ley de los Estados Unidos que lo siguiente es la verdad:

① He tomado la decision volver a Honduras a pesar del peligro y violencia tan grave alla. Voy, y no voy a Apelar mi casa de asilo simplemente por que no aguanto las condiciones tan teribles en carcel aqui, asi como conté en mi otra declaracion.

Junior Matute.

19 Dic. 2017