# EXHIBIT 5A
# JUNIOR M.

13 December 2017

My name is Junior ⸺ Ma⸺ B⸺ and I swear that the following is true, under penalty of perjury of the laws of the United States.

1. I was born the 3 March, 1998 in Honduras, and I had to flee to the north with my family to escape the violence of the gangs, and because one of my brothers was disappeared and the other was dead.

2. I crossed all of Mexico with my parents towards Texas, arriving in December 2016 There was great danger of being kidnapped, and also from the gunfights there. We were rejected by the Migra of the United States the first time we tried to cross. I finally crossed with my lawyer.

3. From the International bridge I was sent directly to the Port Isabel Detention Center. I have been here since 13 April 2017.

4. I passed my credible fear interview without problems, and presented my identification and letters of invitation from the nuns at La Posada. I was nevertheless twice rejected for parole, and I continue to be a prisoner.

5. Here we are the same as criminal prisoners. We are shut in and we cannot walk freely from one place to the other. We have to have a pass, and are not allowed to stop to talk with anyone else. We go to the patio twice a day to exercise. We cannot play football because it's very small. Once, maybe twice, we can go to a larger field to play, but only with a supervisor.

6. We cannot have cell phones or use the internet, just regular phones that are very expensive.

6[A] Since my family and I have little money, this telephone problem leaves me feeling very isolated and alone. After such a long time I am depressed.

7. I am very religious and have tried to maintain my faith. I want to talk with the Pastor but that is not easy. You have to send a request to the head of the Chapel and say why you want to speak

13 Diciembre 2017

Me llamo Junior, H.
y juro que lo siguiente es la verdad, bajo pena de perjuria bajo las leyes de los Estados Unidos.

1.) Naci el Mayo 3, 1998 en Honduras, y tenía que huir al norte con mis familiares para escapar la violencia de las maras, y a causa de la desaparecion de mi hermano y la muerte de otro hermano.

2.) Cruzé todo Mexico con mis padres hacia Texas, llegando en Diciembre 2016 en Reynosa. Había mucho peligro de secuestros y balaceras tambien alli. Fuimos rechazados por la migra de lo E.U. la primera vez que intentémos cruz. Yo en fin crucé con mi abogada.

3.) Del puente internacional, me mandaron ~~dos veces~~ de inmediato al centro de detención de Port. Isabel. He estado aquí desde el 13 Abril 2017.

4.) Pasé mi credible fear interview sin problemas, y presente mi identificación junto con cartas de invitación de ~~familiares~~ las monjas de La Posada. De todo ~~toda~~ form, me recharon para el parole dos veces y sigo prisionero.

5) Aquí estamos igual como presos criminales. Estamos encerrados y no podemos caminar libramente de un lugar a otro. Hay que tener un "pass" y no permiten que uno ~~sa~~ se para para hablar con otros, ~~we go out~~ Vamos afuera a un patio dos veces por día para hacer ejercicios. No podemos jugar a futbol por que es muy chiquito. ~~Once, maybe twice, we can go to a larger field to play, but only if a supervisor is there.~~

[margin note: Una vez / Tal vez dos, podemos ir a un campo más grande para jugar, pero solo con supervisión]

6.) ~~We cannot have~~ cell phones ~~or internet~~. No podemos tener celulares ni el internet. Solo teléfonos regulares que salen muy caros.

6.) Como mi FAMILIA y yo tenemos poco DINERO, esa problema del telefono, me siento DEMASIADA AISLADO y SOLO. Despues tanto tiempo me deprima.

7.) Soy muy religioso y he intentado mantenerme con mi fe. Queria hablar con un Pastor, pero no es facil. Hay que mandar un request al jefe de la capilla, y decir por que quiere hablar con el. Hay veces cuesta 3 dias esperar la respuesta. Nunca me ha gustado esto. No todos podemos ir a la iglesia cada Domingo — hay un limite de 10 por DORMITORIO. Entonces hacemos un servicio en el dormitorio hay veces. Hay veces los oficiales se enojan y dicen que es un burla.

8.) Para hacer qualquier cosa, se necista una request firmado por un oficial.

9.) No podemos recibir comida de afuera, y lo que dan es horible. Tengo 8 meses de comer sandwich FRIO de pan blanco con queso o carne procesado. No podemos recibir ropa confortable ni libros de afuera tampoco.

Parece que los oficiales nos piensan peligrosos. No les gusta ningun contacto fisico, ni muestras de hermandad tampoco.

Somos 75 personas en el dormitorio — supuestamente solo 60 deberia de estar. Todos son deprimidos y desesperados. Lloran y muchos son traumados. Muchos no duermen bien. Yo la verdad, no duermo mucho a causa de mi propria depresion. Solo hay un TV foncional en el dormitorio. Como no podemos recibir libros, los dias son muy basillos. La biblioteca solo podemos ir una vez por semana, y solo cinco de una vez. Caminando a la biblioteca, tenemos que tener un "pass". No podemos pararnos en ningun lugar, y hay que presenta el "pass" cada rato a los oficiales en la via.

Los oficiales van muy frio con nosotros, y se ve que no nos confian. Muchos nos hablan con desconfianza.

En fin no aguanto tan encerrado, prisioñero, aislado y sin mi familia. Tengo que volver a Honduras a pesar del peligro. Emocionalmente me muero aqui.

Me siento tan desesperado que no puedo pensar claramente, ni dormir bien. Ya no me interesa nada, ni quiero hablar con nadie. Esto es un gran cambio en mi y no puedo seguir.

13 Dec. 2017

Junior M

Certificate of Translation

I, Jennifer K. Harbury, hereby certify that I am fluent in both English and Spanish and that I have correctly translated the December 13, 2017 affidavit of Junior Matute from Spanish into English.

_(signature)_             Dec. 14 2017

Jennifer K. Harbury           DATE