# Exhibit 9

# Declaration of Clara Long

## Declaration of Clara Long

I, Clara Long, hereby declare:

1. I make this declaration based on my personal knowledge except where I have indicated otherwise. If called to testify, I could and would do so competently and truthfully to these matters.

## Qualifications

2. I am a Senior Researcher in the US Program of Human Rights Watch, and I am making this declaration in my professional capacity as a representative of Human Rights Watch. Prior to joining Human Rights Watch I was a teaching fellow at the Stanford International Human Rights and Conflict Resolution Clinic. I received a JD with honors from Harvard Law School in 2012, a Masters in Journalism from Stanford University in 2007, a Masters in Environment and Development from the London School of Economics in 2005 and a BA with honors in Development Studies from Brown University.

3. Human Rights Watch is a non-profit, non-governmental organization and the largest international human rights organization based in the United States. Among other human rights issues, we defend the rights of immigrants, refugees, asylum seekers, and displaced people worldwide. Since 1978, Human Rights Watch has investigated allegations of human rights violations in more than 90 countries around the world, including the United States, by interviewing witnesses, gathering information from a variety of sources, and issuing detailed reports. In particular, Human Rights Watch has extensively documented conditions of immigration detention conditions in the US and has examined the issue in other countries as well. Where human rights violations are found, Human Rights Watch advocates for the enforcement of those rights with governments and international organizations and in the court of public opinion.

4. The purpose of this declaration is to provide considered opinions about the impact of subpar medical care in immigration detention facilities on the physical health of detainees, including trauma survivors. My area of specialization at Human Rights Watch is immigration and border policy in the United States. In that capacity, I have written and researched human rights reports and other Human Rights Watch materials on the treatment of asylum seekers, immigrants in detention, and other immigration-related human rights issues since 2014.

5. In 2017, I co-authored a report on substandard medical and mental health care in US immigration detention facilities, entitled *Systemic Indifference: Dangerous & Substandard Medical Care in US Immigration Detention*, which is available at https://www.hrw.org/report/2017/05/08/systemic-indifference/dangerous-substandard-medical-care-us-immigration-detention. The report found serious lapses in health care that have led to severe suffering and at times the preventable or premature death of individuals held in immigration detention facilities in the United States. The lapses occur

in both publicly and privately run facilities, and have persisted over the last decade, indicating that more decisive measures are urgently needed to improve conditions.

6. Medical care in the US immigration detention system, and the poor system of oversight over a far-flung network of jail-like facilities, has long been the target of criticism by investigative journalists and human rights advocates. Our 2017 report was the third report Human Rights Watch has released on subpar medical care in immigration detention since 2007, and one among many reports by civil and human rights organizations on conditions in such facilities nationwide.

7. Our 2017 report was based on US government records summarizing investigations into deaths of people in immigration detention from 2012 to 2015, interviews conducted by my co-author and I between October 2015 and September 2016, detailed analyses of independent medical experts of 18 detainee death investigation records and 12 other detained individuals' medical records, and information obtained from Freedom of Information Act (FOIA) requests. It also relied on reports by US government agencies, nongovernmental organizations, and other publicly available sources.

8. The cases reviewed for the report involved individuals who have been detained in a total of 27 different facilities in 15 different states, including Texas. We interviewed individuals who, at the time of the interviews, were or had been detained recently at seven facilities across the country. In total, we conducted over 90 interviews with non-citizens who were or had been in immigration detention at some point in the last 5 years; family members; attorneys representing immigrants in detention; immigration advocates; and correctional health experts. We also participated in facility tours and group discussions with dozens of individuals in four facilities across the country. The group discussions are not included in the overall count of interviews conducted for this report, but the content of these discussions informed our understanding of detention conditions, including medical care.

9. The evidence we gathered revealed systemic substandard and dangerous medical care practices in immigration detention, including failure to follow up on symptoms that required attention; medical personnel apparently practicing beyond the scope of their licenses and expertise; severely inadequate mental health care; the misuse of solitary confinement for people with mental health conditions; and sluggish emergency responses. With respect to their analysis of the deaths, our medical experts agreed that such subpar care contributed to seven of the 18 deaths.

10. The 18 detainee death investigations and 12 sets of medical records analyzed for the report directly relate to the cases of a fraction of the hundreds of thousands of people held in detention during the period in condition, but the severe deficiencies in medical and mental health care identified in these cases raise serious concerns about ICE's ability to detect, respond appropriately to and successfully correct serious lapses in medical care that arise any detention facility. They also include evidence of inadequate staffing and poor operational systems that are unlikely to have affected only these individuals. The problems documented in these cases echo what dozens of individuals, families, and

attorneys told Human Rights Watch regarding immigrants' experiences with medical and mental health care in facilities across the country.

11. Based on our research, we concluded that the US government has failed to effectively monitor and correct these problems in facilities under its control including failure to take corrective actions after problems are identified; failure of investigations to identify problems; inadequate grievance procedures; and inadequate data collection.

12. I received no compensation for providing this expert opinion. I have submitted my expert opinion via declaration in other litigation though I have not testified as an expert in prior litigation. I reserve the right to amend or supplement this report as appropriate upon receipt of additional information or documents

I declare under penalty of perjury under the laws of the United States that the foregoing is my true and correct declaration.

Executed this 23rd day of January, 2017, at New York, NY.

_____
NAME
Clara Long