**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HATIM B., ET AL., | § § | |
| *Plaintiffs*, | § § | C.A. 1:17-cv-01976 RC |
| *v.* | § § | |
| KIRSTJEN NIELSEN, ET AL., | § § | |

PLAINTIFFS' MOTION TO PRESENT THREE EXHIBIT UPDATES

Now come the Plaintiffs in the above entitled and numbered cause and move this court for leave to file three additional exhibits to update their earlier evidentiary presentation filed with their First Amended Application for Preliminary Injunction, ECF No. 74, March 22, 2018. Such proposed exhibits became available after the Plaintiffs filed such Application. A full and current evidentiary presentation will promote the interests of justice and court efficiency, and does not prejudice the Defendants' case in any way. Plaintiffs have conferred with counsel for the Defendants, and the Defendants oppose this Motion.

Specifically, Plaintiffs seek to include the following exhibits:

1. New Exhibit 25: This exhibit contains the most recent requests for Reconsideration of Parole for Plaintiffs Mikailu J. and Sadat I., which were served on the Defendants on May 29, 2018. The new Request for Reconsideration included three eligible sponsors for each of the two Plaintiffs, along with copies of their identification, (most of the originals are in the possession of ICE) and confirmation from relatives of their identity. Plaintiffs

will file these together with a Motion to File Under Seal, as these documents contain sensitive personal information, such as bank statements of sponsor id cards etc..)

2. New Exhibit 26: This exhibit contains U.S. official statements confirming the high priority being given to deterrence of immigration.

3. New Exhibit 27:  This Exhibit contains evidence presented by the Plaintiffs in the case, *Damus v. Nielsen*, 18-078 JEB, which was filed in the United States District Court, District of Columbia, on March 15, 2018. The Exhibits were filed on March 30, 2018 together with the Plaintiffs' Application for a Preliminary Injunction. ECF No. 17. As *Damus* also challenges the constitutionality of prolonged detention of asylum seekers, the evidence is highly relevant to the claims in the case at bar. However, it was not available to the Plaintiffs when they filed their Amended Application for a Preliminary Injunction on March 22, 2018.

Wherefore Plaintiffs pray that their Motion to present 3 additional exhibits to update their evidentiary presentation be GRANTED.

Respectfully submitted,

<u>/S/ Jennifer K. Harbury</u>
Jennifer K. Harbury
Attorney in Charge
D.D.C. Bar No. TX0022
TEXAS BAR NO. 08946500
TEXAS RIO GRANDE LEGAL AID, INC.
301 S. Texas Ave.
Mercedes, Texas 78750
Telephone: (956) 447-4800
Email: JHarbury@trla.org

Peter McGraw
Texas Bar No. 24081036
TEXAS RIOGRANDE LEGAL AID, INC.

1206 East Van Buren St.
Brownsville, Texas 78520
Phone: (956) 982-5543
Fax: (956) 541-1410
Email: pmcgraw@trla.org
*Admitted pro hac vice*

### Certificate of Conference:

I, Jennifer Harbury, attorney at law, certify that I have conferred by email with counsel for the Defendants, and that they have stated that they oppose this motion.

/S/Jennifer Harbury
Attorney at law.

### Certificate of Service:

I, Jennifer Harbury, attorney at law, certify that I have served a true and correct copy of this Motion upon counsel for the Defendants by filing it through this court's electronic filing system on June 14, 2018.

/S/Jennifer Harbury
Attorney at law.