**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| ARACELY R., *et al.* |
| Plaintiffs, |
| v. |
| KIRSTJEN NIELSEN, Secretary of Homeland Security, *et al.*, |
| Defendants. |

Civil Action No. 1:17-cv-1976-RC

**JOINT STATUS REPORT**

Pursuant to the Court's order dated July 18, 2018, the parties, by and through their undersigned counsel, hereby provide this Joint Status Report to the Court. In connection with this status report, the parties stipulate to an extension of the Defendants' time to respond to the complaint until August 9, 2018.

**A.    Defendants' Statement Regarding Plaintiffs' Detention Status**

Defendants provide the following update on each of the Plaintiffs:

**1.    Plaintiff Mikailu J.**

Plaintiff Mikailu J. received a parole redetermination on July 10, 2018. He and Plaintiffs' counsel received notification of the denial of parole as follows:

> On July 3, 2018, the United States District Court for the District of Columbia issued an order in *Aracely R. v. Nielsen,* (No. 17-1976) (D.D.C) requiring this office to conduct a parole redetermination. Pursuant to that order, the San Antonio Field Office, Enforcement and Removal Operations (ICE ERO) has reviewed your file and the documents you submitted in connection with your request for release on parole.
>
> In compliance with the Court's July 3, 2018, order, you are hereby notified that your request for parole is denied. In reaching this discretionary decision, ICE ERO considered your request based on the particular merits of your

1

individual request. The basis for your denial is that you have failed to
sufficiently establish your identity and you have failed to demonstrate that you
are not a flight risk.

You may request a redetermination of this decision based upon changed
circumstances, or if you have additional evidence.

Plaintiff Mikailu J. continues to be detained pursuant to 8 U.S.C. § 1225.

### 2.     Plaintiff Sadat I.

The Board of Immigration Appeals granted Plaintiff Sadat I.'s motion to reopen on July
12, 2018. His detention status reverted to 8 U.S.C. § 1225, and ICE granted his request for parole
on July 25, 2018. Therefore, Plaintiff Sadat I. is no longer in detention.

### 3.     Plaintiff Aracely R.

Plaintiff Aracely R. is no longer in immigration proceedings pursuant to 8 U.S.C. § 1225.
While released on parole, Plaintiff became subject to an administratively final order of removal
pursuant to 8 U.S.C. § 1231.

ICE instructed Plaintiff Aracely R. to report on July 11, 2018. As of the date of this
filing, she has not reported and is currently considered a fugitive.

### B.     Plaintiffs' Statement Regarding Plaintiffs' Detention Status

Plaintiffs provide the following updates regarding their detention status:

### 1.     Plaintiff Mikailu J.

Plaintiff Mikailu J.'s latest request for reconsideration of parole included copies of his
national identification card, press card, and student identification. The originals remain with ICE.
Mikailu J. submitted affidavits from three relatives confirming his identity. Mikailu J. also
submitted three sponsors with substantial community ties with his request for reconsideration.
Despite providing this information and the Court's preliminary injunction order, Plaintiff

Mikailu J. remains detained. Plaintiff and his counsel have received ICE's July 10, 2018, redetermination notice.

### 2.      Plaintiff Sadat I.

The Board of Immigration Appeals granted Plaintiff Sadat I.'s motion to reopen on July 12, 2018. His detention status reverted to 8 U.S.C. § 1225, and ICE granted his request for parole on July 25, 2018, on the condition that he post a bond of several thousand dollars, which Sadat I. was able to secure with the assistance of charitable donations. Sadat I. is not currently detained.

### 3.      Plaintiff Aracely R.

Plaintiff Aracely R. obtained parole after one year of detention when her injured leg became dangerously infected. After multiple emergency surgeries her private physicians were able to prevent the amputation of her leg. Plaintiff agrees that while on parole she became subject to an administratively final removal order pursuant to 8 U.S.C. § 1231. Plaintiff appeared at her first ICE check-in. Plaintiff disputes that she is a "fugitive."

### C.      Update as to Anticipated Motions and Pleadings

Plaintiffs' counsel have been contacted by other detainees seeking to join this lawsuit and are currently considering adding additional plaintiffs and claims.

Defendants intend to file a motion under Federal Rule of Civil Procedure 12.

The parties stipulate that Defendants' answer or other responsive pleading to Plaintiffs' Third Amended Complaint for Injunctive and Declaratory Relief is due August 9, 2018. A separate proposed scheduling order will be filed along with this status report. Pursuant to Local Civil Rule 16.3(b), the parties have not proposed scheduling pursuant to the requirements of Federal Rules of Civil Procedure 16(b) and 26(f).

Dated: August 1, 2018

Respectfully submitted,


CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

EREZ REUVENI
Assistant Director

SHEETUL S. WALL
Trial Attorney

By: */s/ William M. Martin*
WILLIAM M. MARTIN
Trial Attorney
Pennsylvania Bar No. 84612

U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-2377
Facsimile: (202) 305-7000
William.Martin3@usdoj.gov
*Attorneys for Defendants*

*/S/ Jennifer K. Harbury*
Jennifer K. Harbury
Attorney in Charge
D.D.C. Bar No. TX0022
TEXAS BAR No. 08946500
TEXAS RIO GRANDE LEGAL AID, INC.
301 S. Texas Ave.
Mercedes, Texas 78750
Telephone: (956) 447-4800
Email: JHarbury@trla.org

Peter McGraw
Texas Bar No. 24081036
TEXAS RIOGRANDE LEGAL AID, INC.
1206 East Van Buren St.
Brownsville, Texas 78520
Phone: (956) 982-5543
Fax: (956) 541-1410
Email: pmcgraw@trla.org
*Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2018, I electronically filed the foregoing Notice of

Supplemental with the Clerk of the Court by using the CM/ECF system, which will provide

electronic notice and an electronic link to this document to all attorneys of record.

DATED:  August 1, 2018

By: */s/ William M. Martin*
WILLIAM M. MARTIN
Trial Attorney
United States Department of Justice
Civil Division