# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ARACELY R., *et al.*

    *Plaintiffs*,

    v.

KIRSTJEN NIELSEN, Secretary of Homeland Security, *et al.*,

    *Defendants*.

Civil Action No. 1:17-cv-1976-RC

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

    Plaintiffs, by and through the undersigned counsel, move this Court for an order extending by one week the time period for them to file a response to Defendants' motion to dismiss. ECF Dkt. 96. In support, Plaintiffs show the following:

    1. On July 18, 2018, the Court ordered the parties to submit a joint status report regarding further proceedings in this case after the Court's Order denying Defendants' motion to transfer venue and granting in part Plaintiffs' application for preliminary injunction. ECF Dkt. 93. Plaintiffs and Defendants stipulated in their Joint Status Report to an extension of Defendants' responsive pleadings to August 9, 2018. ECF Dkt. 94. Plaintiffs filed a Motion to Dismiss on August 9, 2018.

2. Under Local Rule 7(b) Plaintiffs' memorandum of points and authorities in opposition to Defendants' motion is due August 23, 2018. Plaintiffs request that this deadline be extended by one week to Thursday, August 30, 2018.

3. Good cause exists for this extension. Defendants raise numerous arguments under FED. R. CIV. P. 12(b)(1), 12(b)(3), and 12(b)(6). Plaintiffs' counsel only recently was informed that the Board of Immigration Appeals (BIA) denied Mikailu J.'s appeal of his asylum case, making his order of removal final. Plaintiffs' counsel is coordinating with Mikailu J.'s immigration attorneys to determine the next steps in the appeal of his asylum case and how best to proceed with the instant litigation. An extension to August 30, 2018, will permit a complete response to Defendants' mootness argument.

4. Pursuant to Local Rule 7(m), the undersigned counsel conferred with counsel for Defendants by email regarding this motion on August 21, 2018. Counsel for Defendants informed the undersigned counsel that the motion is unopposed.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request that this Court sign an order granting their request for an extension of time to file their memorandum of points and authorities in opposition to Defendants' motion to dismiss from August 23, 2018, to August 30, 2018.

Respectfully submitted,

Jennifer K. Harbury
Attorney in Charge
D.D.C. Bar No. TX0022
TEXAS BAR NO. 08946500
TEXAS RIO GRANDE LEGAL AID, INC.
301 S. Texas Ave.
Mercedes, Texas 78750
Telephone: (956) 447-4800
Email: JHarbury@trla.org

*/s/ Peter McGraw*
Peter McGraw
Texas Bar No. 24081036
TEXAS RIOGRANDE LEGAL AID, INC.
1206 East Van Buren St.
Brownsville, Texas 78520
Phone: (956) 982-5543
Fax: (956) 541-1410
Email: pmcgraw@trla.org
*Admitted pro hac vice*

**Certificate of Service:**

I, Peter McGraw, attorney at law, certify that I have served a true and correct copy of this motion for extension upon counsel for the Defendants by filing it through this court's electronic filing system on August 21, 2018.

*/s/ Peter McGraw*
Attorney at law.